Dion W. Hayes, Esq.
John H. Maddock III, Esq.
McGuireWoods LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1178
Facsimile: 804.698.2186
Email: dhayes@mcguirewoods.com
        jmaddock@mcguirewoods.com

*Counsel to Plaintiff Black Diamond*
*Commercial Finance, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| Debtors. | Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | Adv. Proc. No. 16-03105 (KLP) |
| Plaintiff, | |
| v. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| Defendants. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | |
| Counterclaim-Defendant. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, Dion W. Hayes and John H. Maddock III of McGuireWoods LLP, appear in the above-captioned adversary proceeding on behalf of the plaintiff and counterclaim defendant, Black Diamond Commercial Finance, LLC ("Black Diamond"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and 11 U.S.C. § 1109(b), request that all notices given or required to be given and all papers served in this adversary proceeding be delivered and served upon the parties identified below at the following address:

> Dion W. Hayes
> John H. Maddock III
> McGuireWoods LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, VA 23219
> Telephone: 804.775.1178
> Facsimile: 804.698.2186
> E-mail:dhayes@mcguirewoods.com
>         jmaddock@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in this adversary proceeding.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

[Remainder of page intentionally left blank.]

Dated: May 9, 2016
   Richmond, Virginia

Respectfully submitted,

By: /s/ John Maddock
   Dion W. Hayes (VSB No. 34304)
   John H. Maddock III (VSB No. 41044)
   McGUIREWOODS LLP
   Gateway Plaza
   800 East Canal Street
   Richmond, Virginia 23219
   Telephone: 804.775.1178
   Facsimile: 804.698.2186
   Email: dhayes@mcguirewoods.com
      jmaddock@mcguirewoods.com

   *Counsel to Black Diamond Commercial*
   *Finance, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of May 2016, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned adversary proceeding.

     /s/ John Maddock
     John H. Maddock III

78083280