Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
        jmaddock@mcguirewoods.com

—and—

C. William Phillips (*pro hac vice* pending)
Alexander Setzepfandt (*pro hac vice* pending)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
        asetzepfandt@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| Debtors. | Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | Adv. Proc. No. 16-03105 (KLP) |
| Plaintiff, | |
| v. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |

Defendants.

VIRGINIA CONSERVATION LEGACY FUND, INC. and
ERP COMPLIANT FUELS, LLC,

Counterclaim-Plaintiffs,

v.

BLACK DIAMOND COMMERCIAL FINANCE, LLC,

Counterclaim-Defendant.

**PLAINTIFF'S RENEWED MOTION TO REMAND OR, ALTERNATIVELY, FOR
DISCRETIONARY ABSTENTION**

Plaintiff Black Diamond Commercial Finance, LLC ("Black Diamond"), by its attorneys McGuireWoods LLP and Covington & Burling LLP, files this motion (the "Motion") seeking entry of an order, substantially in the form attached hereto as Exhibit A, remanding the instant action to the Supreme Court of New York, New York County, or abstaining from hearing the instant action and granting related relief.  In support of this Motion, Black Diamond submits its Memorandum of Law in Support of Plaintiff's Renewed Motion to Remand, or, Alternatively, Discretionary Abstention, dated May 10, 2016; Declaration of C. William Phillips, dated May 10, 2016; all filed simultaneously herewith.

[Remainder of page intentionally left blank.]

Dated: May 10, 2016
        Richmond, Virginia

Respectfully submitted,

By: */s/ John H. Maddock III*
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
        jmaddock@mcguirewoods.com

—and—

C. William Phillips (*pro hac vice* pending)
Alexander Setzepfandt (*pro hac vice* pending)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
        asetzepfandt@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

**EXHIBIT A**

**Proposed Order**

Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
        jmaddock@mcguirewoods.com

—and —

C. William Phillips (*pro hac vice* pending)
Alexander Setzepfandt (*pro hac vice* pending)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
        asetzepfandt@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC,<br><br>Defendants.<br><br>VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Counterclaim-Defendant. | Adv. Proc. No. 16-03105 (KLP) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND OR, ALTERNATIVELY, FOR DISCRETIONARY ABSTENTION

Upon the motion (the "Motion") of plaintiff Black Diamond Commercial Finance, LLC ("Black Diamond") for an entry of an order (this "Order") remanding this action to the Supreme Court of the State of New York, New York County, or abstaining from hearing the instant action and granting related relief; and on the accompanying Plaintiff's Memorandum of Law in Support of Plaintiff's Renewed Motion to Remand, or, Alternatively, Discretionary Abstention, dated May 10, 2016; and the Declaration of C. William Phillips, dated May 10, 2016; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      This action is remanded to the Supreme Court of the State of New York, New

York County.

3.      The Clerk of this Court is directed to furnish the Clerk of the New York Supreme

Court, New York County with a certified copy of this Order and to take all steps necessary to

remand this matter to the Supreme Court of the State of New York, New York County and close

this adversary proceeding.


Richmond, Virginia                    _____

                                      UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

*/s/ John H. Maddock III*_____
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email:dhayes@mcguirewoods.com
      jmaddock@mcguirewoods.com

*Counsel to Black Diamond Commercial*
*Finance, LLC*


## CERTIFICATION OF ENDORSEMENT
## UNDER BANKRUPTCY RULE 9022-(1)(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.


Dated:  May 10, 2016          */s/ John H. Maddock III*_____