**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: <br><br> PATRIOT COAL CORPORATION, *et al.*, <br><br> *Debtors*. | Chapter 11 <br><br> Case No. 15-32450 (KLP) <br><br> Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, <br><br> *Plaintiff*, <br><br> -against- <br><br> VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, <br><br> *Defendants*. | Adv. Proc. No. 16-03105 (KLP) |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, <br><br> *Counterclaim-Plaintiffs*, <br><br> -against- <br><br> BLACK DIAMOND COMMERCIAL FINANCE, LLC, <br><br> *Counterclaim-Defendant*. | |

**STIPULATION REGARDING CERTAIN DISCOVERY DEADLINES**

This Stipulation is entered into this 31st day of October, 2016, by and among plaintiff/counterclaim-defendant Black Diamond Commercial Finance, LLC ("Black Diamond") and defendants/counterclaim-plaintiffs Virginia Conservation Legacy Fund, Inc. ("VCLF") and ERP Compliant Fuels, LLC ("ERP," and together with Black Diamond and VCLF, the "Parties"),

in the above-captioned adversary proceeding, pursuant to Rule 29 of the Federal Rules of Civil Procedure, as incorporated herein by Rule 7029 of the Federal Rules of Bankruptcy Procedure.

WHEREAS, Black Diamond served a *subpoena duces tecum* on non-party Teneo Restructuring ("Teneo") on or about September 21, 2016 (the "Teneo Subpoena");

WHEREAS, Black Diamond served a *subpoena duces tecum* on non-party Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), counsel for VCLF and ERP, on or about October 17, 2016 (the "Pillsbury Subpoena");

WHEREAS, on October 7, 2016, the Parties agreed to the Second Amended Joint Proposed Scheduling Order, which was so-ordered by this Court on October 13, 2016 (the "Scheduling Order") (ECF Doc. No. 44);

WHEREAS, the Scheduling Order does not specify a date by which the Parties must exchange privilege logs;

WHEREAS, the Parties now wish to stipulate to extend or set certain discovery related deadlines not addressed in the Scheduling Order;

WHEREAS, the extension or setting of these discovery-related deadlines will not interfere with the time set for completing discovery, for hearing a motion, or for trial;

THE PARTIES NOW, THEREFORE, STIPULATE AND AGREE, by their undersigned counsel, that:

1. Teneo shall complete production of documents responsive to the Teneo Subpoena, if any, on or before November 4, 2016.

2. Pillsbury shall serve objections to the Pillsbury Subpoena, if any, on or before November 11, 2016.

3. The Parties shall exchange privilege logs on or before November 28, 2016.

    4.      Subject to and without waiving any potential objections to the Pillsbury Subpoena, to the extent Pillsbury determines to produce documents in response to the Pillsbury Subpoena, it shall complete production of documents responsive to the Pillsbury Subpoena on or before December 1, 2016.

    5.      Pillsbury shall produce its privilege log on or before December 9, 2016.

WE ASK FOR THIS:

 /s/ Patrick J. Potter
Patrick J. Potter (VSB No. 39766)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
E-mail: patrick.potter@pillsburylaw.com

- and –

William M. Sullivan, Jr. (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone: (202) 663-8027
Facsimile: (202) 663-8007
E-mail: wsullivan@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
Samuel S. Cavior (admitted *pro hac vice*)
Joshua I. Schlenger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
E-mail: andrew.troop@pillsburylaw.com
       samuel.cavior@pillsburylaw.com
       joshua.schlenger@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC*

 /s/ John H. Maddock III
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
       jmaddock@mcguirewoods.com

- and -

C. William Phillips (admitted *pro hac vice*)
Alexander Setzepfandt (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
E-mail: cphillips@cov.com
       asetzepfandt@cov.com

*Counsel to Black Diamond Commercial Finance, LLC*

Dated: Richmond, Virginia
_____, 2016

**THIS STIPULATION IS SO ORDERED:**

Nov 3 2016

/s/ Keith L. Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Nov 4 2016