Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
       jmaddock@mcguirewoods.com

- and -

C. William Phillips (admitted *pro hac vice*)
Alexander Setzepfandt (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
       asetzepfandt@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>PATRIOT COAL CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32450 (KLP)<br><br>Jointly Administered<br><br>Adv. Proc. No. 16-03105 (KLP) |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Plaintiff,<br><br>v. | |

VIRGINIA CONSERVATION LEGACY FUND, INC. and
ERP COMPLIANT FUELS, LLC,

                Defendants.

---

VIRGINIA CONSERVATION LEGACY FUND, INC. and
ERP COMPLIANT FUELS, LLC,

                Counterclaim-Plaintiffs,

                v.

BLACK DIAMOND COMMERCIAL FINANCE, LLC,

                Counterclaim-Defendant.

### PLAINTIFF'S MOTION TO (I) COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS AND (II) ALLOW THIRD-PARTY TENEO RESTRUCTURING TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S *SUBPOENA DUCES TECUM*

Plaintiff Black Diamond Commercial Finance, LLC, by its attorneys McGuireWoods LLP and Covington & Burling LLP, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 26 and 37, made applicable by Federal Rules of Bankruptcy Procedure 7026 and 7037, and this Court's Local Rule 7026-1(C), to (i) Compel Defendants Virginia Conservation Legacy Fund, Inc. and ERP Complaint Fuels, LLC's Production of Documents and to (ii) Allow Third-Party Teneo Restructuring to Produce Documents in Response to Plaintiff's *Subpoena Duces Tecum*.

For the reasons described in Plaintiff's contemporaneously filed *Memorandum of Law in Support of Motion to (I) Compel Defendants' Production of Documents and (II) Allow Third-Party Teneo Restructuring to Produce Documents in Response to Plaintiff's Subpoena Duces Tecum*, the Court should enter an order substantially in the form of the attached Exhibit A.

2

Dated:  February 17, 2017
       Richmond, Virginia

Respectfully submitted,

*/s/ John H. Maddock III*
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
      jmaddock@mcguirewoods.com

- and -

C. William Phillips (admitted *pro hac vice*)
Alexander Setzepfandt (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
      asetzepfandt@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and this Court's Local Rule 7026-1(H), I hereby certify that Plaintiff Black Diamond Commercial Finance, LLC conferred with Defendants Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC in an attempt to resolve the disputes that give rise to the foregoing motion without Court intervention.

*/s/ John H. Maddock III*
John H. Maddock III

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017, I filed the foregoing *MOTION TO (I) COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS AND (II) ALLOW THIRD-PARTY TENEO RESTRUCTURING TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S SUBPOENA DUCES TECUM* to be filed with and uploaded to this Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ John H. Maddock III*
John H. Maddock III

2

**EXHIBIT A**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>PATRIOT COAL CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32450 (KLP)<br><br>Jointly Administered<br><br>Adv. Proc. No. 16-03105 (KLP) |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC,<br><br>Defendants. |  |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Counterclaim-Defendant. |  |

ORDER GRANTING PLAINTIFF'S MOTION TO (I) COMPEL DEFENDANTS'
PRODUCTION OF DOCUMENTS AND (II) ALLOW THIRD-PARTY TENEO
RESTRUCTURING TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S
*SUBPOENA DUCES TECUM*

Upon consideration of the *Motion to (I) Compel Defendants' Production of Documents and*

*(II) Allow Third-Party Teneo Restructuring to Produce Documents in Response to Plaintiff's*

*Subpoena Duces Tecum* filed by Plaintiff Black Diamond Commercial Finance, LLC on February

4

17, 2017 (the "Motion"); and it appearing that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and any objections to the relief requested in the

Motion have been withdrawn or overruled on the merits; and after due deliberation and sufficient

cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Defendants Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels,

LLC are ordered to produce all documents and email communications shared with or made in the

presence of Teneo Restructuring or Iron Management, LLC, by March 24, 2017.

3.      Defendants Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels,

LLC are ordered to allow third-party Teneo Restructuring to produce, in response to Plaintiff Black

Diamond Commercial Finance, LLC's *subpoena duces tecum* [ECF Nos. 35, 41], all documents

and email communications Teneo Restructuring is withholding at the instruction of Defendants

Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC.

4.      The Court will retain jurisdiction with respect to any dispute concerning the relief

granted hereunder.


Dated: _____            _____
        Richmond, Virginia               THE HONORABLE KEITH L. PHILLIPS
                                          UNITED STATES BANKRUPTCY JUDGE

Dated:  February 17, 2017
          Richmond, Virginia

WE ASK FOR THIS:

*/s/ John H. Maddock III*
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
          jmaddock@mcguirewoods.com

- and -

C. William Phillips (admitted *pro hac vice*)
Alexander Setzepfandt (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
          asetzepfandt@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

### CERTIFICATE OF ENDORSEMENT

Pursuant to this Court's Local Rule 9022-1(C), I hereby certify that the foregoing Proposed Order has been served on or endorsed by all necessary parties.

*John H. Maddock III*
John H. Maddock III

6