Patrick J. Potter (VSB No. 39766)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
E-mail: patrick.potter@pillsburylaw.com

- and -

Andrew M. Troop (admitted *pro hac vice*)
Samuel S. Cavior (admitted *pro hac vice*)
Joshua I. Schlenger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
E-mail: andrew.troop@pillsburylaw.com

William M. Sullivan, Jr. (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone: (202) 663-8027
Facsimile: (202) 663-8007
E-mail: wsullivan@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>PATRIOT COAL CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32450 (KLP)<br><br>Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC,<br><br>Defendants. | Adv. Proc. No. 16-03105 (KLP) |

VIRGINIA CONSERVATION LEGACY FUND, INC. and
ERP COMPLIANT FUELS, LLC,

        Counterclaim-Plaintiffs,

        v.

BLACK DIAMOND COMMERCIAL FINANCE, LLC,

        Counterclaim-Defendant.

## VCLF'S MOTION *IN LIMINE* TO PRECLUDE DAMAGES TESTIMONY FROM BLACK DIAMOND-AFFILIATED WITNESSES

Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC (collectively, "VCLF") respectfully move this Court in *limine* to preclude Black Diamond Commercial Finance, LLC ("Black Diamond") from eliciting testimony regarding damages from Black Diamond representatives or affiliated witnesses at the upcoming trial scheduled to commence June 4, 2018.

For the reasons described in *VCLF's Memorandum of Law in Support of Motion* in Limine *to Preclude Damages Testimony From Black Diamond-Affiliated Witnesses*, filed contemporaneously herewith, the Court should enter an order substantially in the form of the attached Exhibit A.

        Respectfully submitted,

Dated: May 29, 2018         */s/ Patrick J. Potter*
    McLean, Virginia        Patrick J. Potter (VSB No. 39766)
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1650 Tysons Boulevard, Suite 1400
        McLean, Virginia 22102-4856
        Telephone: (703) 770-7900
        Facsimile: (703) 770-7901
        Email: patrick.potter@pillsburylaw.com

        William M. Sullivan, Jr. (admitted *pro hac vice*)

PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone: (202) 663-8027
Facsimile: (202) 663-8007
Email: wsullivan@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
Samuel S. Cavior (admitted *pro hac vice*)
Joshua I. Schlenger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email: andrew.troop@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund,
Inc. and ERP Compliant Fuels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 29, 2018, I filed the foregoing *VCLF's Motion* in Limine *to Preclude Damages Testimony from Black Diamond-Affiliated Witnesses* by uploading it to this Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants, and that I served a copy on opposing counsel of record in this adversary proceeding by email.

                                                      */s/ Patrick J. Potter*
                                                       Patrick J. Potter