Patrick J. Potter (VSB No. 39766)
PILLSBURY WINTHROP SHAW PITTMAN
LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856
Telephone:  (703) 770-7900
Facsimile:  (703) 770-7901
E-mail:  patrick.potter@pillsburylaw.com

- and -

Andrew M. Troop (admitted *pro hac vice*)
Samuel S. Cavior (admitted *pro hac vice*)
Joshua I. Schlenger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN
LLP
1540 Broadway
New York, New York 10036-4039
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500
E-mail:  andrew.troop@pillsburylaw.com

William M. Sullivan, Jr. (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone:  (202) 663-8027
Facsimile:  (202) 663-8007
E-mail:  wsullivan@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund, Inc.
and ERP Compliant Fuels, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| *Debtors.* | Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | |
| *Plaintiff*, | |
| -against- | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | Adv. Proc. No. 16-03105 (KLP) |
| *Defendants.* | |

4837-2078-2439

VIRGINIA CONSERVATION LEGACY FUND,
INC. and ERP COMPLIANT FUELS, LLC,

                   *Counterclaim-Plaintiffs*,

       -against-

BLACK DIAMOND COMMERCIAL FINANCE,
LLC,

                   *Counterclaim-Defendant*.

## VCLF'S OBJECTIONS TO THE TRIAL EXHIBITS OF BLACK DIAMOND COMMERCIAL FINANCE, LLC

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure (as made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure), and in accordance with paragraph 4 of the *Final Pretrial Conference Order* (ECF Doc. No. 258) Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC (collectively, "VCLF") herewith submit their objections, together with the grounds thereof, to the proposed exhibits identified by Black Diamond Commercial Finance, LLC ("Black Diamond") on its trial exhibits list (ECF Doc. No. 272).

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), VCLF reserves its objections to Black Diamond's proposed trial exhibits under Federal Rule of Evidence 402 or 402, all of which are expressly preserved.

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 1 | Draft Valuation of Patriot Coal Services LLC Black Lung Liabilities as of December 31, 2013, dated January 17, 2014 | No | BDCF-00007688 - BDCF-00007751 |
| 2 | Oliver Wyman, Actuarial Evaluation of Workers' | No | BDCF-00007341 - BDCF-00007532 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
|  | Compensation Liability as of September 30, 2013, December 19, 2013 and December 31, 2013 for Midwest - Patriot Coal, dated January 30, 2014 |  |  |
| 3 | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2013, December 18, 2013 and December 31, 2013 for West Virginia - Patriot Coal, dated January 30, 2014 | No | BDCF-00007873 - BDCF-00008166 |
| 4 | 10/23/2015 Email from P. Potter to T. Clarke and others | No | VCLF-00183073 - VCLF-00183075 |
| 5 | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2014 and December 31, 2014 for Midwest - Patriot Coal, dated January 20, 2015 | No | BDCF-00000038 - BDCF-00000225 |
| 6 | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2014 and December 31, 2014 for West Virginia - Patriot Coal, dated January 20, 2015 | No | BDCF-00000226 - BDCF-00000517 |
| 7 | Draft Valuation of Patriot Coal Services LLC Black Lung Liabilities as of December 31, 2014, dated February 5, 2015 | No | BDCF-00000520 - BDCF-00000608 |
| 8 | 6/10/2015 Teneo Engagement Letter | No | VCLF-00023305 - VCLF-00023313 |
| 9 | 6/28/2015 Dial-in appointment | No | VCLF-00172923 |
| 10 | 7/24/2015 Dial-in appointment | No | VCLF-00173077 |
| 11 | 8/4/2015 Email from B. Murphy to T. Clarke and others | No | VCLF-00173115 - VCLF-00173116 VCLF-00126727 - VCLF-00126734 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 12 | 8/6/2015 Email from T. Clarke to J. McCoy and others | No | VCLF-00027564 - VCLF-00027568 |
| 13 | 8/6/2015 Email from J. McCoy to M. Johnson re: Fwd: Proposed Terms of ERP Compliant Fuels, LLC Membership and Operating Agreement 8-6-2015 | No | |
| 14 | 8/14/2015 Email from B. Murphy to T. Clarke | No | VCLF-00173139 - VCLF-00173142 |
| 15 | Asset Purchase Agreement, dated August 16, 2015 | No | |
| 16 | 8/24/2015 Email from B. Murphy to P. Laud | No | TEN0013126 - TEN0013130 |
| 17 | ERP Compliant Fuels, LLC presentation, dated August 27, 2015 | No | BDCF-00025931 - BDCF-00025952 |
| 18 | 9/10/2015 Email from R. Kwasteneit to P. Potter | No | PWSP-00018388 - PSWP-00018389 |
| 19 | 9/12/2015 Email from R. Dombrowski to T. Clarke | Yes: hearsay | PWSP-00018685 - PWSP-00018686 |
| 20 | 9/15/2015 Email from J. McCoy to M. Johnson re: Proposed Terms of ERP Compliant Fuels, LLC Membership and Operating Agreement 8-6-2015 | No | |
| 21 | 9/15/2015 Email from J. McCoy to T. Darden re: Fwd: ERP Compliant Fuels Org Chart 091415 | No | |
| 22 | 9/16/2015 Email from R. Dombrowski to T. Clarke | Yes: hearsay | PWSP-00022778 |
| 23 | 9/16/2015 Email from R. Dombrowski to T. Clarke | Yes: hearsay | PWSP-00023152 |
| 24 | 9/17/2015 Email from R. Dombrowski to P. Potter | Yes: hearsay | PWSP-00023170 - PWSP-00023172 |
| 25 | 9/17/2015 Email from R. Dombrowski to T. Clarke | Yes: hearsay | PWSP-00023175 |
| 26 | 9/18/2015 Email from J. McCoy to T. Darden | No | IM-00016827 - IM-00016828 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 27 | 9/19/2015 Email from J. McCoy to T. Darden | No | IM-00016845 - IM-00016857 |
| 28 | 9/18/2015 Email from R. Kwasteneit to P. Potter | Yes: hearsay | PWSP-00023188 - PWSP-00023191 |
| 29 | 9/18/2015 Email from J. McCoy to C. Worcester and Guy re: new US coal opportunity | No | |
| 30 | 9/18/2015 Email from J. McCoy to R. McCormick re: TN Met Coal Project | No | (IM0202) |
| 31 | 9/18/2015 Email from J. McCoy to A. Qalbani re: patriot deal | No | (IM0203) |
| 32 | 9/19/2015 Email from P. Potter to S. Levine | Yes: hearsay | PWSP-00024359 - PWSP-00024361 |
| 33 | 9/20/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00018511 |
| 34 | 9/20/2015 Email from R. Ehrlich to T. Clarke | No | BDCF-00018548 - BDCF-00018559 |
| 35 | 9/20/2015 Email from R. Lattouf to R. Ehrlich | No | BDCF-00018560 |
| 36 | 9/20/2015 Draft Commitment Letter | No | BDCF-00020504 - BDCF-00020508 |
| 37 | 9/20/2015 Email from R. Ehrlich to R. Silverman and others | No | BDCF-00082485 |
| 38 | 9/20/2015 Email from A. Harris to P. Potter | No | SRZ-00000034 |
| 39 | 9/20/2015 Email from B. Murphy to K. Miller | No | TEN0019455 - TEN0019456 |
| 40 | Commitment Letter | No | BDCF-00028157 - BDCF-00028166 |
| 41 | Motion for an Order, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(A) of the Bankruptcy Code, Approving Settlement Agreement by and Between Old Republic Insurance Company and the | No | |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| | Debtors, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1350) | | |
| 42 | 9/21/2015 Email from J. McCoy to M. Johnson re: Tuesday | No | |
| 43 | 9/22/2015 Email from R. Lattouf to R. Lattouf | No | BDCF-00020511 - BDCF-00020514 |
| 44 | 9/22/2015 Email from R. Lattouf to R. Lattouf | No | BDCF-00020515 - BDCF-00020592 |
| 45 | 9/22/2015 Email from J. McCoy to F. Wendt re: VCLF Patriot Update 9/21/2015 | No | |
| 46 | 9/22/2015 Email from J. McCoy to T. Darden re: VCLF Patriot Update 9/21/2015 | No | |
| 47 | 9/23/2015 Email from J. McCoy to S. Humphrey re: VCLF Patriot Update 9-21-2015 | No | |
| 48 | 9/25/2015 Email from J. McCoy to T. Darden re: Fwd: Patriot - ERP Business Plan - DRAFT FOR REVIEW | No | |
| 49 | 9/26/2015 Email from P. Potter to A. Harris | No | SRZ-00000074 - SRZ-00000075 |
| 50 | 9/30/2015 Email from J. McCoy to V. Mutolo, K. Miller re: Fwd: Patriot - ERP Business Plan - DRAFT FOR REVIEW | No | (IM0342) |
| 51 | 9/30/2015 Email from J. McCoy to K. Miller re: Patriot - ERP Business Plan - DRAFT FOR REVIEW | No | |
| 52 | 10/2/2015 Email from J. McCoy to D. Williams re: Patriot Trial | No | |
| 53 | 10/7/2015 Email from T. Clarke to R. Ehrlich | No | BDCF-00041379 - BDCF-00041380 |
| 54 | 10/7/2015 Email from A. Troop to T. Clarke | No | TEN043407 |
| 55 | 10/9/2015 Email from S. Deckoff to R. Ehrlich | No | BDCF-00043975 - BDCF-00043976 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 56 | 10/9/2015 Email from S. Deckoff to K. McCoy | No | BDCF-00043994 - BDCF-00043995 |
| 57 | 12/09/2015 Email from M. Collins to B. Murphy and others | No | VCLF-00013925 - VCLF-00013940 |
| 58 | 10/10/2015 Email from J. Weiss to S. Deckoff | Yes:  hearsay, improper lay opinion | BDCF-00044096 - BDCF-00044101 |
| 59 | 10/10/2015 Email from S. Deckoff to K. McCoy | No | VCLF-00020195 |
| 60 | 10/11/2015 Email from B. Bennett to T. Clarke and others | Yes:  hearsay | KE_BD_0002557 |
| 61 | Draft Amended and Restated Asset Purchase Agreement, dated 10/13/2015 | No | BDCF-00078414 - BDCF-00078500 |
| 62 | 10/13/2015 Email from P. Potter to T. Clarke | No | VCLF-00174166 - VCLF-00174167 |
| 63 | 10/13/2015 Email from T. Clarke to P. Potter | No | VCLF-00174172 - VCLF-00174173 |
| 64 | 10/13/2015 Email from T. Clarke to A. Troop | No | VCLF-00174183 - VCLF-00174186 |
| 65 | Order Approving Settlement Agreement By and Between Old Republic Insurance Company and the Debtors, *In re Patriot Coal Corp.* Case No. 15-32450 (Dkt. No. 1640) | No | |
| 66 | 10/14/2015 McCoy Text messages report | No | (excerpt of VCLF-00123846) |
| 67 | 10/14/2015 Email from J. McCoy to R. Newton | No | IM-00018626 - IM-00018637 |
| 68 | 10/14/2015 Email from J. McCoy to G. Chamblee re: Revised Federal 13 Week Cash Plan 10-11-2015 | No | |
| 69 | 10/15/2015 Email from J. McCoy to M. Loreman re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | (IM0548) |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 70 | 10/15/2015 Email from J. Weiss to R. Lattouf, R. Ehrlich | Yes: hearsay, improper lay opinion | BDCF-00046827 - BDCF-00046829 |
| 71 | 10/15/2015 Email from R. Dombrowski to P. Potter | Yes: hearsay | KE_BD_0002522 - KE_BD_0002523 |
| 72 | 10/15/2015 Email from F. Kwok to M. Mueller | No | PWSP-00056197 |
| 73 | 10/15/2015 Email from P. Potter to T. Clarke and others | No | VCLF-00174775 - VCLF-00176776 |
| 74 | 10/15/2015 Email from D. Baxter to T. Clarke | No | VCLF-00174798 - VCLF-00174800 |
| 75 | 10/15/2015 Email from T. Clarke to P. Potter | No | VCLF-00175456 - VCLF-00175457 |
| 76 | 10/15/2015 Email from M. Loreman to J. McCoy re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | (IM0546) |
| 77 | Draft Amended and Restated Asset Purchase Agreement, dated 10/16/2015 | No | BDCF-00050049 - BDCF-00050123 |
| 78 | 10/16/2015 Email from T. Clarke to P. Potter | No | SRZ-00004236 - SRZ-00004240 |
| 79 | 10/16/2015 Email from T. Clarke to P. Potter | No | VCLF-00175529 - VCLF-00175531 |
| 80 | 10/16/2015 Email from K. McCoy to P. Potter | No | VCLF-00175574 - VCLF-00175575 |
| 81 | Draft Amended and Restated Asset Purchase Agreement, dated 10/19/2015 | No | BDCF-00054055 - BDCF-00054131 |
| 82 | 10/19/2015 Email from B. Murphy to R. Lattouf | Yes: hearsay | BDCF-00054652 - BDCF-00054653 |
| 83 | 10/19/2015 Email from B. Murphy to K. McCoy | Yes: hearsay | TEN0032007 - TEN0032013 |
| 84 | 10/19/2015 Email from J. McCoy to K. McCoy and others | No | VCLF-00076894 - VCLF-00076898 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 85 | 10/19/2015 Email from M. Loreman to J. McCoy re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | |
| 86 | 10/19/2015 Email from J. McCoy to D. Turner re: mining complex org chart | No | |
| 87 | 10/19/2015 Email from J. McCoy to K. McCoy, T. Clarke re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | (IM0628) |
| 88 | Draft Amended and Restated Asset Purchase Agreement, dated 10/20/2015 | No | BDCF-00062842 - BDCF-00062916 |
| 89 | Draft Amended and Restated Asset Purchase Agreement, dated 10/20/2015 | No | BDCF-00066943 - BDCF-00067019 |
| 90 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | No | BDCF-00082513 - BDCF-00082515 |
| 91 | 10/20/2015 Email from P. Potter to R. Kwasteneit | No | IM-00011856 - IM-00011857 |
| 92 | 10/20/2015 Email from R. Dombrowski to P. Potter | Yes:  hearsay | PWSP-00062344 - PWSP-00062368 |
| 93 | 10/20/2015 Email from Z. Messenger to R. Ehrlich | Yes:  hearsay | TEN0028572 - TEN0028573 |
| 94 | 10/20/2015 Email from Z. Messenger to B. Murphy | Yes:  hearsay | TEN0032393 |
| 95 | 10/20/2015 Appointment re: Patriot/VCLF: A&R Asset Purchase Agreement | No | VCLF-00177668 |
| 96 | 10/21/2015 Email from A. Harris to P. Potter | No | BDCF-00066686 - BDCF-00066691 |
| 97 | 10/21/2015 Email from P. Potter to D. Baxter and others | No | PWSP-00063467 - PWSP-00063472 |
| 98 | 10/21/2015 Email from A. Harris to P. Potter | No | PWSP-00065859 - PWSP-00065862 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 99 | 10/21/2015 Email from A. Harris to D. Baxter, E. Monahan | No | SRZ-00011141 - SRZ-00011145 |
| 100 | 10/21/2015 Email from B. Murphy to R. Ehrlich | No | TEN0028618 - TEN0028620 |
| 101 | 10/22/2015 Email from B. Murphy to R. Lattouf | No | BDCF-00076221 - BDCF-00076224 |
| 102 | 10/22/2015 Email from B. Murphy to J. Kucish and others | Yes: hearsay | TEN0028675 - TEN0028681 |
| 103 | 10/22/2015 Email from B. Murphy to T. Clarke | No | TEN0028715 |
| 104 | 10/22/2015 Email from Z. Messenger to B. Murphy | No | TEN0032566 - TEN0032567 |
| 105 | 10/22/2015 Email from Z. Messenger to B. Murphy | No | TEN0032568 - TEN0032569 |
| 106 | 10/22/2015 Email from P. Potter to C. Mirick and others | No | VCLF-00182731 - VCLF-00182732 |
| 107 | 10/22/2015 Email from P. Potter to T. Clarke | No | VCLF-00182833 - VCLF-00182835 |
| 108 | 10/22/2015 Email from B. Murphy to T. Clarke | No | VCLF-00182954 |
| 109 | 10/23/2015 Email from T. Clarke to R. Ehrlich | No | BDCF-00076276 - BDCF-00076278 |
| 110 | 10/23/2015 Email from T. Clarke to J. Fontana, R. Ehrlich and others | No | BDCF-00076285 - BDCF-00076287 |
| 111 | 10/23/2015 Email from H. Gravenhorst to T. Clarke | No | BDCF-00076338 - BDCF-00076340 |
| 112 | 10/23/2015 Email from D. Baxter to M. Collins and others | No | BDCF-00076344 - BDCF-00076345 |
| 113 | 10/23/2015 Email from H. Gravenhorst to T. Clarke | No | BDCF-00076458 - BDCF-00076460 |
| 114 | 10/23/2015 Email from B. Murphy to P. Potter and others | Yes: hearsay | BDCF-00076464 - BDCF-00076467 |
| 115 | 10/23/2015 Email from H. Gravenhorst to T. Clarke | No | BDCF-00076502 - BDCF-00076504 |
| 116 | 10/23/2015 Email from H. Gravenhorst to T. Clarke | No | BDCF-00076508 - BDCF-00076510 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 117 | 10/23/2015 Email from H. Gravenhorst to T. Clarke | No | BDCF-00076511 - BDCF-00076513 |
| 118 | 10/23/2015 Email from R. Lattouf to Z. Messenger | No | BDCF-00076597 - BDCF-00076598 |
| 119 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | No | BDCF-00082510 - BDCF-00082512 |
| 120 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | No | BDCF-00082516 - BDCF-00082518 |
| 121 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | No | BDCF-00082519 - BDCF-00082521 |
| 122 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | No | BDCF-00082522 - BDCF-00082524 |
| 123 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | No | BDCF-00082525 - BDCF-00082528 |
| 124 | 10/23/2015 Email from P. Potter to R. Kwasteneit | No | KE_BD_0002431 |
| 125 | 10/23/2015 Email from T. Clarke to J. Fontana and others | No | TEN0028733 - TEN0028737 |
| 126 | 10/23/2015 Email from J. McCoy to M. Loreman | No | TEN0032586 |
| 127 | 10/23/2015 Email from Z. Messenger to B. Murphy | Yes:  hearsay | TEN0032589 |
| 128 | 10/23/2015 Email from Z. Messenger to B. Murphy | Yes:  hearsay | TEN0032594 - TEN0032595 |
| 129 | 10/23/2015 Email from M. Madden to B. Murphy | No | TEN0032607 - TEN0032608 |
| 130 | 10/23/2015 Email from J. DeKoe to B. Murphy | Yes:  hearsay | TEN0032635 |
| 131 | 10/23/2015 Email from Z. Messenger to T. Clarke | Yes:  hearsay | VCLF-00086293 - VCLF-00086294 |
| 132 | 10/23/2015 Email from Z. Messenger to T. Clarke | Yes:  hearsay | VCLF-00086685 - VCLF-00086686 |
| 133 | 10/23/2015 Email from T. Clarke to K. McCoy and others | No | VCLF-00087583 - VCLF-00087584 |
| 134 | 10/23/2015 Email from K. McCoy to J. McCoy | No | VCLF-00087672 - VCLF-00087673 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 135 | 10/23/2015 Email from T. Clarke to P. Potter and others | No | VCLF-00087800 - VCLF-00087801 |
| 136 | 10/23/2015 Email from B. Murphy to P. Potter and others | No | VCLF-00087804 - VCLF-00087807 |
| 137 | 10/23/2015 Email from M. Loreman to M. Collins | No | VCLF-00088150 |
| 138 | 10/23/2015 Email from T. Clarke to P. Potter | No | VCLF-00182964 - VCLF-00182966 |
| 139 | 10/23/2015 Dial-in appointment | No | VCLF-00183016 |
| 140 | 10/23/2015 Email from P. Potter to T. Clarke and others | No | VCLF-00183080 - VCLF-00183082 |
| 141 | 10/23/2015 Email from K. McCoy to P. Potter | No | VCLF-00183194 |
| 142 | 10/23/2015 Email from P. Potter to K. McCoy | No | VCLF-00183195 |
| 143 | 10/23/2015 Email from K. McCoy to P. Potter | No | VCLF-00183196 |
| 144 | 10/23/2015 Email from M. Collins to J. McCoy re: Message from Tom | No | (IM0691) |
| 145 | 10/23/2015 Email from M. Loreman to J. McCoy re: call | No | |
| 146 | 10/23/2015 Email from J. McCoy to S. Mundra, G. Chandak re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | |
| 147 | 10/23/2015 Email from A. Rosen to S. Levine, G. Crandall re: Patriot - confidential privileged work product | No | |
| 148 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst re: FW: Summary of ERP Facilities | No | |
| 149 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst re: Summary of ERP Facilities | No | |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 150 | 10/23/2015 Email from H. Gravenhorst to T. Clarke re: Summary of ERP Facilities | No | BDCF-00076338 - BDCF-00076340 |
| 151 | 10/23/2015 Email from M. Loreman to J. McCoy re: Fw: call | No | |
| 152 | 10/23/2015 Email from J. McCoy to M. Collins re: Message from Tom | No | |
| 153 | 10/23/2015 Email from J. McCoy to V. Mutolo re: United | No | |
| 154 | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst re: Summary of ERP Facilities | No | |
| 155 | 10/23/2015 Email from J. McCoy to S. Mundra, G. Chandak re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | (IM0707) |
| 156 | 10/23/2015 Email from M. Loreman to J. McCoy re: Fw: call | No | (IM0699) |
| 157 | 10/24/2015 Email from S. Deckoff to R. Ehrlich | No | BDCF-00077192 |
| 158 | 10/24/2015 Email from R. Ehrlich to T. Clarke | No | BDCF-00077196 |
| 159 | 10/24/2015 Email from S. Deckoff to M. Moreno | No | BDCF-00082156 |
| 160 | 10/24/2015 Email from B. Murphy to S. Bremer | Yes: hearsay | CENTERVIEW_BD_0001662 |
| 161 | 10/24/2015 Email from S. Bremer to B. Murphy | Yes: hearsay | CENTERVIEW_BD_0001664 |
| 162 | 10/24/2015 Email from T. Clarke to K. McCoy | No | TEN0032667 - TEN0032670 |
| 163 | 10/24/2015 Email from B. Bennett to B. Murphy | Yes: hearsay | TEN0032673 - TEN0032674 |
| 164 | 10/24/2015 Email from B. Bennett to B. Murphy | Yes: hearsay | VCLF-00088306 - VCLF-00088307 |
| 165 | 10/24/2015 Email from R. Ehrlich to T. Clarke | No | VCLF-00088391 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 166 | 10/24/2015 Email from R. Ehrlich to T. Clarke | No | VCLF-00088393 |
| 167 | 10/24/2015 Email from B. Murphy to Patriot Coal and others | Yes: hearsay | VCLF-00173673 |
| 168 | 10/24/2015 Email from B. Murphy to T. Clarke | Yes: hearsay | VCLF-00174043 - VCLF-00174045 |
| 169 | 10/24/2015 Email from K. McCoy to P. Potter and others | No | VCLF-00183280 - VCLF-00183283 |
| 170 | 10/24/2015 Email from B. Murphy to K. McCoy and others | Yes: hearsay | VCLF-00183302 - VCLF-00183307 |
| 171 | 10/24/2015 Email from B. Murphy to D. Baxter and others | Yes: hearsay | VCLF-00183335 - VCLF-00183341 |
| 172 | 10/24/2015 Email from A. Troop to T. Clarke | Yes: hearsay | VCLF-00183378 - VCLF-00183385 |
| 173 | 10/24/2015 Email from D. Baxter to T. Clarke | Yes: hearsay | VCLF-00183386 - VCLF-00183393 |
| 174 | 10/24/2015 Email from B. Murphy to A. Troop and others | Yes: hearsay | VCLF-00183409 - VCLF-00183410 |
| 175 | 10/24/2015 Email from P. Potter to A. Troop and others | Yes: hearsay | VCLF-00183413 - VCLF-00183414 |
| 176 | 10/24/2015 Email from T. Clarke to P. Potter | No | VCLF-00183565 - VCLF-00183568 |
| 177 | 10/24/2015 Email from S. Bremer to B. Murphy | Yes: hearsay | CENTERVIEW_B D_0001664 |
| 178 | 10/25/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00077216 - BDCF-00077218 |
| 179 | 10/25/2015 Email from A. Harris to P. Potter | No | BDCF-00077252 - BDCF-00077253 |
| 180 | 10/25/2015 Email from P. Potter to A. Harris | No | BDCF-00077254 - BDCF-00077263 |
| 181 | 10/25/2015 Email from A. Harris to P. Potter | No | BDCF-00077290 - BDCF-00077293 |
| 182 | 10/29/2015 Email from P. Potter to A. Harris | No | BDCF-00077403 - BDCF-00077404 |
| 183 | 10/24/2015 Email from P. Keary to B. Murphy | No | TEN0032686 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 184 | 10/25/2015 Investment Memorandum from G. Chandak to ERP Complaint Fuels, LLC | No | VCLF-00090077 |
| 185 | 10/25/2015 Investment Memorandum from G. Chandak to ERP Complaint Fuels, LLC | No | VCLF-00154825 |
| 186 | 10/24/2015 Email from P. Potter to T. Clarke and others | No | VCLF-00183514 - VCLF-00183518 |
| 187 | 10/25/2015 Email from P. Potter to T. Clarke | No | VCLF-00183526 - VCLF-00183527 |
| 188 | 10/25/2015 Email from T. Clarke to P. Potter | No | VCLF-00183538 - VCLF-00183540 |
| 189 | 10/25/2015 Email from P. Potter to T. Clarke | No | VCLF-00183544 - VCLF-00183546 |
| 190 | 10/25/2015 Email from P. Potter to T. Clarke | No | VCLF-00183547 - VCLF-00183549 |
| 191 | 10/25/2015 Email from P. Potter to T. Clarke | No | VCLF-00183554 - VCLF-00183556 |
| 192 | 10/25/2015 Email from T. Clarke to P. Potter | No | VCLF-00183573 - VCLF-00183574 |
| 193 | 10/25/2015 Email from P. Potter to T. Clarke | No | VCLF-00183615 - VCLF-00183620 |
| 194 | 10/25/2015 Email from T. Clarke to P. Potter | No | VCLF-00183651 - VCLF-00183657 |
| 195 | 10/25/2015 Email from W. Sullivan to A. Troop | No | VCLF-00183705 - VCLF-00183707 |
| 196 | 10/25/2015 Email from P. Potter to A. Troop and others | No | VCLF-00183759 - VCLF-00183760 |
| 197 | 10/25/2015 Email from C. Mirick to P. Potter and others | No | VCLF-00183777 - VCLF-00183778 |
| 198 | 10/25/2015 Email from P. Potter to C. Mirick, D. Baxter | No | VCLF-00183900 - VCLF-00183904 |
| 199 | 10/25/2015 Email from P. Potter to T. Clarke, K. McCoy | No | VCLF-00183962 - VCLF-00183963 |
| 200 | 10/26/2015 Email from T. Clarke to G. Chandak | No | IM-00029415 - IM-00029433 |
| 201 | 10/26/2015 Email from D. Baxter to S. Levine and others | No | PWSP-00075733 - PWSP-00075735 |

4837-2078-2439

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 202 | 10/26/2015 Email from T. Clarke to _Print Box | No | VCLF-00090663 - VCLF-00090702 |
| 203 | 10/26/2015 Email from J. McCoy to M. Collins | No | VCLF-00090777 - VCLF-00090778 |
| 204 | 10/26/2015 Email from M. Collins to K. McCoy and others | No | VCLF-00090780 - VCLF-00090820 |
| 205 | 10/26/2015 Email from S. Levine to B. Murphy and others | Yes:  hearsay | VCLF-00092244 - VCLF-00092246 |
| 206 | 10/26/2015 Email from P. Potter to C. Mirick and others | No | VCLF-00185523 - VCLF-00185526 |
| 207 | 10/26/2015 Email from T. Clarke to J. McCoy | No | VCLF-00187508 |
| 208 | 10/26/2015 Email from B. Murphy to D. Baxter | Yes:  hearsay | VCLF-00187568 - VCLF-00187571 |
| 209 | 10/26/2015 Email from J. McCoy to sm@mundraholdings.com re: Fwd: Chandak Agreement | No | |
| 210 | 10/26/2015 Email from G. Chandak to S. Mundra re: Fwd: Chandak Agreement | No | |
| 211 | 10/25/2015 Email from J. McCoy to G. Chandak and others re: Fwd: Patriot/VCLF: Structure Chart | No | |
| 212 | 10/26/2015 Email from J. McCoy to G. Woodruff and others re: Fwd: 2.5MM each guarantee | No | |
| 213 | 10/26/2015 Email from J. McCoy to G. Woodruff and others re: Fwd: 2.5MM each guarantee | No | |
| 214 | 10/27/2015 Email from P. Potter to R. Kwasteneit | No | KE_BD_0002354 - KE_BD_0002355 |
| 215 | Promissory Note, Earnout Agreement and Security Agreement | No | KE_BD_0007124 - KE_BD_0007143 |
| 216 | 10/27/2015 Email from B. Murphy to M. Madden and others | Yes:  hearsay | TEN0032929 |

4837-2078-2439

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 217 | 10/27/2015 Equity Investment Term Sheet | No | TEN0048605 - TEN0048608 |
| 218 | 10/27/2015 Assignment and Assumption Agreement | No | VCLF-00010900 - VCLF-00010910 |
| 219 | 10/27/2015 Email from B. Murphy to J. McCoy and others | No | VCLF-00097678 |
| 220 | Final Amended and Restated Asset Purchase Agreement, dated October 27, 2015 | No | VCLF-00102359 - VCLF-00102919 |
| 221 | 10/27/2015 Equity Investment Term Sheet | No | VCLF-00160295 - VCLF-00160299 |
| 222 | 10/27/2015 Email from J. McCoy to T. Clarke | No | VCLF-00188715 - VCLF-00188721 |
| 223 | 10/27/2015 Email from B. Murphy to M. McCoy, T. Clarke | No | VCLF-00188734 - VCLF-00188738 |
| 224 | 10/27/2015 Email from J. McCoy to C. DeGiacinto re: patriot | No | |
| 225 | 10/27/2015 Email from M. Collins to G. Chandak re: ERP Federal Mining Complex, LLC Wire Instructions | No | |
| 226 | 10/27/2015 Email from K. Miller to J. McCoy re: united | Yes:  hearsay | |
| 227 | 10/27/2015 Email from J. McCoy to C. DeGiacinto re: we closed | No | |
| 228 | 10/28/2015 Email from A. Harris to P. Potter | No | BDCF-00077396 |
| 229 | 10/28/2015 Email from B. Murphy to P. Potter and others | Yes:  hearsay | PWSP-00087889 - PWSP-00087891 |
| 230 | 10/29/2015 Email from P. Potter to A. Harris | No | BDCF-00077405 - BDCF-00077406 |
| 231 | 10/29/2015 - Email from P. Potter to A. Harris | No | PWSP-00089770 |
| 232 | 10/29/2015 Email from P. Potter to A. Harris | No | SRZ-00018794 - SRZ-00018795 |
| 233 | 10/30/2015 Email from Z. Messenger to B. Murphy | Yes:  hearsay | TEN0033054 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 234 | 10/30/2015 Email from Z. Messenger to B. Murphy | Yes:  hearsay | TEN0033072 |
| 235 | 10/30/2015 Email from Z. Messenger to B. Murphy | Yes:  hearsay | TEN0033073 - TEN0033074 |
| 236 | 11/01/2015 Email from M. Loreman to T. Clarke | No | VCLF-00104252 |
| 237 | 11/03/2015 Email from M. Collins to K. McCoy and others | No | VCLF-00009001 - VCLF-00009006 |
| 238 | 11/03/2015 Email from T. Clarke to M. Loreman | No | VCLF-00009086 |
| 239 | 11/05/2015 Email from B. Murphy to A. Zweig | No | TEN0034521 - TEN0034522 |
| 240 | 11/9/2015 Email from R. Lattouf to R. Ehrlich | No | BDCF-00077418 |
| 241 | 9/11/2015 Email from B. Murphy to R. Ehrlich | No | TEN0018387 - TEN0018410 |
| 242 | 11/19/2015 Hitachi Proposal | No | VCLF-00013234 - VCLF-00013237 |
| 243 | 11/20/2015 Letter from T. Clarke to B. Murphy | No | VCLF-00013214 |
| 244 | 12/14/2015 North Mill Capital LLC Proposal | No | VCLF-00014057 - VCLF-00014059 |
| 245 | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2015 and December 31, 2015 for Midwest - Patriot Coal, dated December 22, 2015 | Yes:  hearsay, best evidence | |
| 246 | 10/12/2015 text message from K. McCoy to T. Clarke | No | (excerpt of VCLF-00123846) |
| 247 | 10/23/2015 text message from K. McCoy to T. Clarke | No | (excerpt of VCLF-00123846) |
| 248 | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2015 and December 31, 2015 for West Virginia - Patriot Coal, dated January 14, 2016 | Yes:  hearsay, best evidence | |

4837-2078-2439

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 249 | VCLF and ERP Responses to First Set of Interrogatories, dated 10/31/2016 | No | |
| 250 | VCLF and ERP Responses to First Set of Requests for Admission, dated 10/31/2016 | No | |
| 251 | VCLF and ERP Supplemental Interrogatory Responses to First Set of Interrogatories, dated 11/21/2016 | No | |
| 252 | Plaintiff's Responses and Objections to Defendants/Counterclaim-Plaintiffs' First Set of Interrogatories, dated 12/12/2016 | No | |
| 253 | AT&T phone records for T. Clarke, from 10/22/2015 through 10/25/2015 | No | |
| 254 | [Intentionally blank] | | |
| 255 | [Intentionally blank] | | |
| 256 | [Intentionally blank] | | |
| 257 | [Intentionally blank] | | |
| 258 | [Intentionally blank] | | |
| 259 | [Intentionally blank] | | |
| 260 | [Intentionally blank] | | |
| 261 | Expert Report of Robert K. Briscoe, WCP, dated 4/17/2018 | Yes:  hearsay, VCLF's Motion to Exclude Testimony of Robert Briscoe | |
| 262 | Screenshots of text messages from M. Moreno to S. Deckoff | No | BDCF-00082153 - BDCF-00082155 |
| 263 | 9/22/2015 Email from J. McCoy to T. Darden re: Fwd: VCLF Patriot Update 9-21-2015 | No | (IM0238 - IM0240) |
| 264 | 9/25/2015 Email from J. McCoy to T. Darden re: Fwd: Patriot - ERP | No | (IM0288) |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| | Business Plan - DRAFT FOR REVIEW | | |
| 265 | 10/14/2015 Email from J. McCoy to G. Chamblee re: Revised Federal 13 Week Cash Plan 10-11-2105 | No | (IM0515) |
| 266 | 10/19/2014 Email from M. Loreman to J. McCoy re: Non-binding proposal to provide marketing services and inventory/receivables financing | No | (IM0630) |
| 267 | 10/23/2015 Email from M. Collins to J. McCoy re: Message from Tom | No | (IM0691) |
| 268 | 10/23/2015 Email from M. Loreman to J. McCoy re: call | No | (IM0696) |
| 269 | 10/23/2015 Email from J. McCoy to S. Mundra, G. Chandak re: Fwd: Non-binding proposal to provide marketing services and inventory/receivables financing | No | (IM0707) |
| 270 | 10/26/2015 Email from J. McCoy to S. Mundra re: Fwd: Chandak Agreement | No | (IM0730) |
| 271 | 8/31/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00018025 - BDCF-00018047 |
| 272 | 9/23/2015 Email from K. McCoy to R. Lattouf | No | BDCF-00026071 |
| 273 | 9/23/2015 Email from G. Shertenlieb to R. Lattouf | No | BDCF-00027981 - BDCF-00027988 |
| 274 | 9/24/2015 Email from D. Tropp to R. Lattouf, M. Patrick | No | BDCF-00028141 - BDCF-00028150 |
| 275 | 9/25/2015 Email from J. Weiss to D. Jones and others | Yes: hearsay, improper lay opinion | BDCF-00030053 |
| 276 | 9/25/2015 Email from R. Ehrlich to T. Clarke | No | BDCF-00034443 |
| 277 | 9/25/2015 Email from T. Clarke to R. Ehrlich | No | BDCF-00038805 - BDCF-00038807 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 278 | 9/26/2015 Email from R. Lattouf to G. Shertenlieb | No | BDCF-00038811 - BDCF-00038812 |
| 279 | 9/26/2015 Email from R. Lattouf to D. Tropp, M. Patrick | No | BDCF-00038813 - BDCF-00038824 |
| 280 | 9/29/2015 Notes re: Call with John Weiss - John T. Boyd Company - Preliminary Diligence Takeaways on Federal 2 Mine | Yes: hearsay, improper lay opinion | BDCF-00039907 - BDCF-00039914 |
| 281 | 9/29/2015 Email from D. Tropp to R. Lattouf, M. Patrick | No | BDCF-00039968 - BDCF-00039981 |
| 282 | 10/9/2015 Email from K. McCoy to R. Ehrlich | No | BDCF-00043424 - BDCF-00043428 |
| 283 | 10/16/2015 Email from Z. Messenger to R. Ehrlich, R. Lattouf | Yes: hearsay | BDCF-00052217 - BDCF-00052218 |
| 284 | 10/20/2015 Email from Z. Messenger to R. Ehrlich and others | Yes: hearsay | BDCF-00058506 - BDCF-00058507 |
| 285 | 10/20/2015 Email from M. Mueller to A. Harris and others | No | BDCF-00062434 - BDCF-00063388 |
| 286 | 10/21/2015 Email from B. Murphy to R. Lattouf and others | No | BDCF-00066479 - BDCF-00066481 |
| 287 | 10/21/2015 Email from B. Murphy to R. Ehrlich | No | BDCF-00066499 - BDCF-00065502 |
| 288 | 10/21/2015 Email from B. Murphy to J. Kucish | Yes: hearsay | BDCF-00066698 - BDCF-00066702 |
| 289 | 10/21/2015 Email from M. Mueller to S. Hessler and others | No | BDCF-00074349 - BDCF-00075311 |
| 290 | 10/22/2015 Email from B. Murphy to J. Kucish | Yes: hearsay | BDCF-00075675 - BDCF-00075683 |
| 291 | 10/22/2015 Email from B. Murphy to R. Lattouf and others | No | BDCF-00076060 - BDCF-00076062 |
| 292 | 10/22/2015 Email from R. Lattouf to B. Murphy, Z. Messenger | No | BDCF-00076107 - BDCF-00076108 |
| 293 | 10/22/2015 Email from R. Lattouf to B. Murphy, Z. Messenger | No | BDCF-00076111 - BDCF-00076112 |
| 294 | 10/22/2015 Email from Z. Messenger to R. Lattouf, B. Murphy | No | BDCF-00076154 - BDCF-00076157 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 295 | 10/22/2015 Email from B. Murphy to Z. Messenger, R. Lattouf | No | BDCF-00076212 - BDCF-00076215 |
| 296 | 10/24/2015 Email from R. Ehrlich to T. Clarke | No | BDCF-00077194 |
| 297 | 10/25/2015 Email from P. Potter to A. Harris | No | BDCF-00077219 - BDCF-00077251 |
| 298 | 10/25/2015 Email from P. Potter to A. Harris | No | BDCF-00077254 - BDCF-00077263 |
| 299 | Screenshot of text message from S. Deckoff to T. Clarke | No | BDCF-00077481 |
| 300 | R. Lattouf Hand notes | Yes:  hearsay, lack of authentication | BDCF-00081969 - BDCF-00081996 |
| 301 | 10/27/2015 Email from P. Potter to R. Kwasteniet | No | KE_BD_0007119 - KE_BD_0007143 |
| 302 | 10/26/2015 Email from E. Monahan to J. Pitts and others | No | PWSP-00074657 - PWSP-00074854 |
| 303 | 9/20/2015 Email from B. Murphy to T. Clarke | No | TEN0019465 - TEN0019467 |
| 304 | 10/22/2015 Email from B. Bennett to T. Clarke | Yes:  hearsay | VCLF-00085885 - VCLF-00085889 |
| 305 | 10/2015 McCoy Text messages report | No | VCLF-00123845 (excerpts) |
| 306 | K. McCoy Old iPhone Report | No | VCLF-00123846 |
| 307 | VCLF Privilege Log Excerpts | No | |
| 308 | Redline - Gravenhorst Emails - 1:20 pm vs. 2:40 pm | Yes:  not authenticated, improper demonstrative evidence, not produced during discovery | |
| 309 | Redline - Gravenhorst Emails - 2:04 pm vs. 2:18 pm | Yes:  not authenticated, improper demonstrative evidence, not | |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| | | produced during discovery | |
| 310 | Redline - Gravenhorst Emails 10:24 am vs. 1:20 pm | Yes: not authenticated, improper demonstrative evidence, not produced during discovery | |
| 311 | 8/17/2015 Email from Debtwire US Alert to R. Ehrlich | No | BDCF-00011893 - BDCF-00011894 |
| 312 | 8/27/2015 Email from P. Laud to R. Ehrlich | No | BDCF-00017930 - BDCF-00017935 |
| 313 | 9/11/2015 Email from B. Murphy to R. Ehrlich | No | BDCF-00018275 - BDCF-00018299 |
| 314 | 9/13/2015 Email from B. Murphy to R. Ehrlich | No | BDCF-00018384 - BDCF-00018385 |
| 315 | 9/15/2015 Email from T. Clarke to S. Deckoff, R. Ehrlich | No | BDCF-00018428 |
| 316 | 9/17/2015 Email from B. Murphy to R. Ehrlich | No | BDCF-00018443 - BDCF-00018449 |
| 317 | 9/19/2015 Email from T. Clarke to R. Ehrlich | No | BDCF-00018463 - BDCF-00018465 |
| 318 | 9/20/2015 Email from R. Ehrlich to T. Clarke | No | BDCF-00018524 - BDCF-00018535 |
| 319 | 9/22/2015 Email from R. Ehrlich to M. Patrick | No | BDCF-00024744 |
| 320 | 9/28/2015 Email from R. Lattouf to T. Clarke | No | BDCF-00038843 - BDCF-00038844 |
| 321 | 9/28/2015 Email from B. Murphy to S. Bremer, K. Dutta | No | BDCF-00039762 - BDCF-00039763 |
| 322 | 10/6/2015 Email from R. Ehrlich to T. Clarke | No | BDCF-00041353 |
| 323 | 10/8/2015 Email from A. Harris to R. Ehrlich and others | No | BDCF-00041445 - BDCF-00041449 |
| 324 | 10/9/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00041460 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 325 | 10/9/2015 Email from J. Weiss to R. Ehrlich and others | Yes: hearsay, improper lay opinion | BDCF-00043990 - BDCF-00043992 |
| 326 | 10/12/2015 Email from P. Potter to A. Harris, R. Ehrlich | No | BDCF-00044230 - BDCF-00044431 |
| 327 | 10/15/2015 Email from B. Murphy to R. Lattouf and others | No | BDCF-00049766 - BDCF-00049944 |
| 328 | 10/19/2015 Email from M. Mueller to R. Ehrlich, R. Lattouf | No | BDCF-00053976 - BDCF-00054200 |
| 329 | 10/21/2015 Email from A. Harris to M. Mueller and others | No | BDCF-00066867 - BDCF-00067019 |
| 330 | 10/21/2015 Email from P. Potter to R. Kwasteniet | No | BDCF-00075478 - BDCF-00075482 |
| 331 | 10/22/2015 Email from R. Ehrlich to G. Shertenlieb | No | BDCF-00077539 |
| 332 | 9/18/2015 through 10/23/2015 text messages between T. Clarke and R. Ehrlich | No | BDCF-00082141 - BDCF-00082151 |
| 333 | 6/25/2015 Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sales of Certain of the Debtors' Assets, (B) Approving the Form and Manner of Notice, (C) Scheduling Auctions and a Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 406) | No | |
| 334 | 10/9/2015 Findings of Fact, Conclusions of Law and Order (I) Confirming the Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and (II) Approving the Fourth Amended Disclosure Statement, *In re Patriot* | No | |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| | *Coal Corp.*, Case No. 15-32450 (Dkt. No. 1615) | | |
| 335 | 8/17/2015 Email from L. Thybony to S. Deckoff and others | No | BDCF-00011892 |
| 336 | 8/27/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00017936 - BDCF-00017944 |
| 337 | 9/13/2015 Email from S. Deckoff to L. Meier | No | BDCF-00018382 |
| 338 | 9/25/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00030047 - BDCF-00030048 |
| 339 | 9/28/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00039797 |
| 340 | 10/9/2015 Email from S. Deckoff to R. Ehrlich, J. Fontana | No | BDCF-00041458 |
| 341 | 10/9/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00043973 - BDCF-00043974 |
| 342 | 10/9/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00043981 - BDCF-00043982 |
| 343 | 10/9/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00044034 - BDCF-00044036 |
| 344 | 10/10/2015 Email from J. Weiss to S. Deckoff | Yes: hearsay, improper lay opinion | BDCF-00044108 - BDCF-00044114 |
| 345 | 10/10/2015 Email from R. Ehrlich to J. Fontana | No | BDCF-00044120 - BDCF-00044122 |
| 346 | 10/11/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00044149 |
| 347 | 10/23/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00076317 - BDCF-00076319 |
| 348 | 10/23/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00076320 - BDCF-00076323 |
| 349 | 10/24/2015 Email from R. Ehrlich to S. Deckoff | No | BDCF-00077193 |
| 350 | 9/23/2015 Email from R. Lattouf to K. McCoy | No | VCLF-00055060 - VCLF-00055061 |
| 351 | 10/11/2015 Email from K. McCoy to S. Deckoff | No | VCLF-00020278 - VCLF-00020279 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 352 | 9/14/2015 Email from Z. Messenger to K. McCoy and others | Yes: hearsay | TEN0018566 - TEN0018567 |
| 353 | 10/9/2015 Email from B. Murphy to K. McCoy and others | Yes: hearsay | VCLF-00020154 - VCLF-00020155 |
| 354 | 10/9/2015 Email from K. McCoy to R. Ehrlich and others | No | VCLF-00020153 |
| 355 | 10/12/2015 Email from K. McCoy to R. Ehrlich | No | VCLF-00020408 - VCLF-00020410 |
| 356 | 9/12/2015 Email from K. McCoy to T. Clarke | No | TEN0018503 - TEN0018504 |
| 357 | 9/13/2015 Email from K. McCoy to T. Clarke | No | TEN0018531 - TEN0018533 |
| 358 | 10/6/2015 Email from C. Childers to K. McCoy | Yes: hearsay | VCLF-00020094 |
| 359 | 10/8/2015 Email from K. McCoy to T. Clarke | No | VCLF-00020104 |
| 360 | 10/16/2015 Email from P. Potter to K. McCoy and others | No | VCLF-00175577 - VCLF-00175578 |
| 361 | 10/9/2015 Email from R. Ehrlich to K. McCoy | No | VCLF-00020160 - VCLF-00020161 |
| 362 | 10/19/2015 Email from B. Murphy to K. McCoy | Yes: hearsay | VCLF-00076856 |
| 363 | 10/19/2015 Email from B. Murphy to R. Lattouf | Yes: hearsay | TEN0027959 |
| 364 | 10/11/2015 Email from T. Clarke to Z. Messenger | No | VCLF-00020350 - VCLF-00020351 |
| 365 | 10/19/2015 Email from B. Murphy to K. McCoy | Yes: hearsay | VCLF-00076472 - VCLF-00076478 |
| 366 | 10/23/2015 Email from T. Clarke to K. McCoy, J. McCoy | No | VCLF-00087581 - VCLF-00087582 |
| 367 | 10/28/2015 Email from K. McCoy to T. Clarke | No | VCLF-00102926 |
| 368 | 10/15/2015 Email from D. Baxter to T. Clarke | No | VCLF-00174779 - VCLF-00174780 |
| 369 | 10/23/2015 Email from P. Potter to T. Clarke | No | VCLF-00182962 - VCLF-00182963 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 370 | 10/25/2015 Email from P. Potter to A. Troop | No | VCLF-00183984 - VCLF-00183986 |
| 371 | 10/21/2015 Email from P. Potter to J. Bernbrock | No | IM-00013301 - IM-00013305 |
| 372 | Citi Pension Liability Index | Yes: not authenticated, not produced during fact discovery | |
| 373 | WV & KY LDFs | Yes: not authenticated, not produced during fact discovery | |
| 374 | R. Ehrlich Hand notes | Yes: not authenticated, hearsay | BDCF-00081997 - BDCF-00082140 |
| 375 | 2015 Agreement between The United Mine Workers of America and ERP Federal Mining Complex, LLC | No | VCLF-00137064 - VCLF-00137210 |
| 376 | 11/13/2009 PNC Bank Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066505 - BDCF-00066513 |
| 377 | 5/3/2010 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066514 - BDCF-00066518 |
| 378 | 11/5/2007 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066520 - BDCF-00066526 |
| 379 | 11/6/2007 Fifth Third Bank Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066527 - BDCF-00066528 |
| 380 | 11/5/2007 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066529 - BDCF-00066535 |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 381 | 2/18/2015 Deutsche Bank Irrevocable Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066536 |
| 382 | 3/4/2015 Deutsche Bank Amendment to Irrevocable Standby Letter of Credit | No | BDCF-00066537 |
| 383 | 12/19/2014 Deutsche Bank Irrevocable Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066540 - BDCF-00066542 |
| 384 | 11/5/2007 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | No | BDCF-00066544 - BDCF-00066548 |
| 385 | 10/21/2015 Email from M. Mueller to A. Harris and others | No | BDCF-00075312 - BDCF-00075394 |
| 386 | 10/9/2015 Email from R. Ehrlich to K. McCoy | No | VCLF-00057886 - VCLF-00057892 |
| 387 | 9/22/2015 Email from R. Ehrlich to R. Lattouf | No | BDCF-00025928 - BDCF-00025952 |
| 388 | 10/28/2015 Notice of (I) Confirmation of the Debtors' Chapter 11 Plan of Reorganization, (II) Occurrence of the Effective Date, and (III) Related Bar Dates, , *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1751) | No | |
| 389 | Robert Briscoe Work File | Yes: not authenticated, hearsay, VCLF's Motion to Exclude the Testimony of Robert Briscoe | |
| 390 | BDCM website screenshots: Welcome, About Us, Our Values, Our Investment Philosophy, Contact Us | Yes: not authenticated, hearsay, VCLF's Motion to Exclude the Testimony of Robert Briscoe, VCLF's Motion in Limine | |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| 391 | 6/22/2017 Transcript of Hearing on Debtors' Motion for Entry of an Order, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2564) | No | |
| 392 | 6/8/2017 Liquidating Trustee's Motion Seeking Approval to Sell Rights to Contingent Future Surplus Security for Payment of Workers' Compensation Obligations Free and Clear of All Liens, Claims, and Interests, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2553) | No | |
| 393 | 6/27/2017 Order Granting Liquidating Trustee's Motion Seeking Approval to Sell Rights to Payments Relating to Contingent Future Surplus Workers' Compensation, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2566) | No | |
| 394 | [Intentionally blank] | | |
| 395 | 10/26/2015 Email from B. Murphy to J. Whitney and others | Yes:  hearsay | VCLF-00174104 - VCLF-00174110 |
| 396 | 10/15/2015 Email from R. Lattouf to S. Deckoff and others | No | BDCF-00050487 |
| 397 | 9/18/2015 Notice of Filing of Fourth Amended Disclosure Statement for Debtors' Fourth Amended Joint Plan of Reorganization, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1333) | No | |
| 398 | 10/22/2015 Email from P. Potter to R. Kwasteniet | No | VCLF-00085610 - VCLF-00085614 |
| 399 | 8/31/2015 Email from R. Ehrlich to S. Deckoff and others | No | BDCF-00018025 - BDCF-00018047 |
| 400 | Motion to Dismiss Defendants Kentucky Coal Employers' Self-Insurance Guaranty Fund and the | No | |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| | Commonwealth of Kentucky, Labor Cabinet, Department of Workers Claims, or Alternatively To Transfer Venue To The United States District Court For The Eastern District Of Kentucky And Memorandum In Support, *Davis v. Commonwealth of Kentucky*, Case No. 16-03348 (Dkt. No. 5) | | |
| 401 | Response to Loss Portfolio Transfer Offer, dated September 28, 2016, *In re Patriot Coal Corp.*, Case No. 15- 32450 (Dkt. No. 2376-2) | No | |
| 402 | Response to Loss Portfolio Transfer Offer, dated September 29, 2016, *In re Patriot Coal Corp.*, Case No. 15- 32450 (Dkt. No. 2376-3) | No | |
| 403 | 10/24/2016 Transcript of Hearing on Debtors' Motion for Entry of an Order, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2392) | No | |
| 404 | 10/22/2015 Email from Z. Messenger to R. Lattouf, B. Murphy | Yes:  hearsay | BDCF-00076174 - BDCF-00076177 |
| 405 | 10/23/2015 Email from R. Lattouf to R. Ehrlich | No | BDCF-00076594 - BDCF-00076596 |
| 406 | 9/20/2015 Email from T. Clarke to J. McCoy re: Re: patriot deal | No | |
| 407 | 9/23/2015 Email from J. McCoy to G. Chamblee re: Re: coal update | No | |
| 408 | 10/26/2015 Email from T. Clarke to B. Bennett | No | VCLF-00090112 - VCLF-00090114 |
| 409 | 10/26/2015 Email from B. Bennet to T. Clarke | Yes:  hearsay | VCLF-00090139 |
| 410 | 9/29/2015 Email from T. Clarke to R. Dombrowski | Yes:  hearsay | VCLF-00056183 - VCLF-00056185 |
| 411 | 10/11/2015 Email from R. Dombrowski to T. Clarke | Yes:  hearsay | CENTERVIEW_BD_0000050 - |

| Exhibit No. | Description | VCLF's Objections Other than FRE 402 or 403 (Yes/No) | BegBates and EndBates |
|---|---|---|---|
| | | | CENTERVIEW_BD_0000052 |
| 412 | 10/3/2015 Email from R. Dombrowski to T. Clarke | Yes: hearsay | AMBD0002267 - AMBD0002268 |
| 413 | 10/24/2015 Email from R. Dombrowski to A. Lee | No | AMBD0003443 - AMBD0003446 |
| 414 | 10/22/2015 Email from T. Clarke to A. Harris | No | BDCF-00076089 - BDCF-00076094 |

Respectfully submitted,

Dated: May 29, 2018        _/s/ Patrick J. Potter_
McLean, Virginia        Patrick J. Potter (VSB No. 39766)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856
Telephone:  (703) 770-7900
Facsimile:  (703) 770-7901
E-mail:  patrick.potter@pillsburylaw.com

William M. Sullivan, Jr. (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone:  (202) 663-8027
Facsimile:  (202) 663-8027
E-mail:  wsullivan@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
Samuel S. Cavior (admitted *pro hac vice*)
Joshua I. Schlenger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500
E-mail:  andrew.troop@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund,*
*Inc. and ERP Compliant Fuels, LLC*

4837-2078-2439

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 29, 2018, I filed the foregoing *VCLF'S Objections to the Trial Exhibits of Black Diamond Commercial Finance, LLC* by uploading it to this Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants, and that I served a copy on opposing counsel of record in this adversary proceeding by email.

   */s/ Patrick J. Potter*         

Patrick J. Potter

4837-2078-2439