## IN UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| Debtors. | Jointly Administered |
| | Adv. Proc. No. 16-03105 (KLP) |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | |
| Plaintiff, | |
| v. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| Defendants. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | |
| Counterclaim-Defendant. | |

### ORDER AUTHORIZING DAVID W. HALLER
### TO APPEAR AND PRACTICE *PRO HAC VICE*

On the motion of John H. Maddock III of McGuireWoods LLP (the "Movant") for the admission *pro hac vice* of David W. Haller, partner in the law firm of Covington & Burling LLP, 620 Eighth Ave, New York, NY 10018 pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"), as more fully set forth therein; Movant provided appropriate notice of the Motion, and

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT:

1.      The Motion is granted.

2.      David W. Haller is authorized to appear and practice *pro hac vice* on behalf of

Black Diamond Commercial Finance, LLC in the above-captioned chapter 11 case, in the above-

captioned adversary proceeding, and in any related proceedings. The application attached to the

Motion as Exhibit B is hereby approved.

3.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

Dated:  _____, 2018
       Jun 4 2018
       Richmond, Virginia

/s/ Keith L. Phillips
_____
THE HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  Jun 5 2018

WE ASK FOR THIS:

*/s/ John H. Maddock III*
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email:dhayes@mcguirewoods.com
        jmaddock@mcguirewoods.com

*—And—*

C. William Phillips (admitted *pro hac vice*)
Jonathan M. Sperling (admitted *pro hac vice*)
Micaela McMurrough (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
        jsperling@cov.com
                mmcmurrough@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

## CERTIFICATION OF ENDORSEMENT
## UNDER BANKRUPTCY RULE 9022-(1)(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ John H. Maddock III*