## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| *Debtors*. | Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | Adv. Proc. No. 16-03105 (KLP) |
| *Plaintiff*, | |
| -against- | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| *Defendants*. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| *Counterclaim-Plaintiffs*, | |
| -against- | |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | |
| *Counterclaim-Defendant*. | |

## THIRD AMENDED EXHIBIT LIST FOR
## BLACK DIAMOND COMMERCIAL FINANCE, LLC

Pursuant to the Court's Final Pretrial Conference Order (Dkt. No. 258),

plaintiff/counterclaim-defendant Black Diamond Commercial Finance, LLC ("Black

Diamond") submits its third amended exhibit list.  Black Diamond further reserves the right

to make additional revisions to this exhibit list.

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 1 | | | Draft Valuation of Patriot Coal Services LLC Black Lung Liabilities as of December 31, 2013, dated January 17, 2014 | BDCF-00007688 - BDCF-00007751 |
| 2 | | | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2013, December 19, 2013 and December 31, 2013 for Midwest - Patriot Coal, dated January 30, 2014 | BDCF-00007341 - BDCF-00007532 |
| 3 | | | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2013, December 18, 2013 and December 31, 2013 for West Virginia - Patriot Coal, dated January 30, 2014 | BDCF-00007873 - BDCF-00008166 |
| 4 | | | 10/23/2015 Email from P. Potter to T. Clarke and others | VCLF-00183073 - VCLF-00183075 |
| 5 | | | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2014 and December 31, 2014 for Midwest - Patriot Coal, dated January 20, 2015 | BDCF-00000038 - BDCF-00000225 |
| 6 | | | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2014 and December 31, 2014 for West Virginia - Patriot Coal, dated January 20, 2015 | BDCF-00000226 - BDCF-00000517 |
| 7 | | | Draft Valuation of Patriot Coal Services LLC Black Lung Liabilities as of December 31, 2014, dated February 5, 2015 | BDCF-00000520 - BDCF-00000608 |
| 8 | | | 6/10/2015 Teneo Engagement Letter | VCLF-00023305 - VCLF-00023313 |
| 9 | | | 6/28/2015 Dial-in appointment | VCLF-00172923 |
| 10 | | | 7/24/2015 Dial-in appointment | VCLF-00173077 |
| 11 | | | 8/4/2015 Email from B. Murphy to T. Clarke and others | VCLF-00173115 - VCLF-00173116 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| | | | | VCLF-00126727 - VCLF-00126734 |
| 12 | | | 8/6/2015 Email from T. Clarke to J. McCoy and others | VCLF-00027564 - VCLF-00027568 |
| 13 | | | 8/6/2015 Email from J. McCoy to M. Johnson re: Fwd: Proposed Terms of ERP Compliant Fuels, LLC Membership and Operating Agreement 8-6-2015 | |
| 14 | | | 8/14/2015 Email from B. Murphy to T. Clarke | VCLF-00173139 - VCLF-00173142 |
| 15 | | | Asset Purchase Agreement, dated August 16, 2015 | |
| 16 | | | 8/24/2015 Email from B. Murphy to P. Laud | TEN0013126 - TEN0013130 |
| 17 | | | ERP Compliant Fuels, LLC presentation, dated August 27, 2015 | BDCF-00025931 - BDCF-00025952 |
| 18 | | | 9/10/2015 Email from R. Kwasteneit to P. Potter | PWSP-00018388 - PSWP-00018389 |
| 19 | | | 9/12/2015 Email from R. Dombrowski to T. Clarke | PWSP-00018685 - PWSP-00018686 |
| 20 | | | 9/15/2015 Email from J. McCoy to M. Johnson re: Proposed Terms of ERP Compliant Fuels, LLC Membership and Operating Agreement 8-6-2015 | |
| 21 | | | 9/15/2015 Email from J. McCoy to T. Darden re: Fwd: ERP Compliant Fuels Org Chart 091415 | |
| 22 | | | 9/16/2015 Email from R. Dombrowski to T. Clarke | PWSP-00022778 |
| 23 | | | 9/16/2015 Email from R. Dombrowski to T. Clarke | PWSP-00023152 |
| 24 | | | 9/17/2015 Email from R. Dombrowski to P. Potter | PWSP-00023170 - PWSP-00023172 |
| 25 | | | 9/17/2015 Email from R. Dombrowski to T. Clarke | PWSP-00023175 |
| 26 | | | 9/18/2015 Email from J. McCoy to T. Darden | IM-00016827 - IM-00016828 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 27 | | | 9/19/2015 Email from J. McCoy to T. Darden | IM-00016845 - IM-00016857 |
| 28 | | | 9/18/2015 Email from R. Kwasteneit to P. Potter | PWSP-00023188 - PWSP-00023191 |
| 29 | | | 9/18/2015 Email from J. McCoy to C. Worcester and Guy re: new US coal opportunity | |
| 30 | | | 9/18/2015 Email from J. McCoy to R. McCormick re: TN Met Coal Project | (IM0202) |
| 31 | | | 9/18/2015 Email from J. McCoy to A. Qalbani re: patriot deal | (IM0203) |
| 32 | | | 9/19/2015 Email from P. Potter to S. Levine | PWSP-00024359 - PWSP-00024361 |
| 33 | | | 9/20/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00018511 |
| 34 | | | 9/20/2015 Email from R. Ehrlich to T. Clarke | BDCF-00018548 - BDCF-00018559 |
| 35 | | | 9/20/2015 Email from R. Lattouf to R. Ehrlich | BDCF-00018560 |
| 36 | | | 9/20/2015 Draft Commitment Letter | BDCF-00020504 - BDCF-00020508 |
| 37 | | | 9/20/2015 Email from R. Ehrlich to R. Silverman and others | BDCF-00082485 |
| 38 | | | 9/20/2015 Email from A. Harris to P. Potter | SRZ-00000034 |
| 39 | | | 9/20/2015 Email from B. Murphy to K. Miller | TEN0019455 - TEN0019456 |
| 40 | | | Commitment Letter | BDCF-00028157 - BDCF-00028166 |
| 41 | | | Motion for an Order, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(A) of the Bankruptcy Code, Approving Settlement Agreement by and Between Old Republic Insurance Company and the Debtors, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1350) | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 42 | | | 9/21/2015 Email from J. McCoy to M. Johnson re: Tuesday | |
| 43 | | | 9/22/2015 Email from R. Lattouf to R. Lattouf | BDCF-00020511 - BDCF-00020514 |
| 44 | | | 9/22/2015 Email from R. Lattouf to R. Lattouf | BDCF-00020515 - BDCF-00020592 |
| 45 | | | 9/22/2015 Email from J. McCoy to F. Wendt re: VCLF Patriot Update 9/21/2015 | |
| 46 | | | 9/22/2015 Email from J. McCoy to T. Darden re: VCLF Patriot Update 9/21/2015 | |
| 47 | | | 9/23/2015 Email from J. McCoy to S. Humphrey re: VCLF Patriot Update 9-21-2015 | |
| 48 | | | 9/25/2015 Email from J. McCoy to T. Darden re: Fwd: Patriot - ERP Business Plan - DRAFT FOR REVIEW | |
| 49 | | | 9/26/2015 Email from P. Potter to A. Harris | SRZ-00000074 - SRZ-00000075 |
| 50 | | | 9/30/2015 Email from J. McCoy to V. Mutolo, K. Miller re: Fwd: Patriot - ERP Business Plan - DRAFT FOR REVIEW | (IM0342) |
| 51 | | | 9/30/2015 Email from J. McCoy to K. Miller re: Patriot - ERP Business Plan - DRAFT FOR REVIEW | |
| 52 | | | 10/2/2015 Email from J. McCoy to D. Williams re: Patriot Trial | |
| 53 | | | 10/7/2015 Email from T. Clarke to R. Ehrlich | BDCF-00041379 - BDCF-00041380 |
| 54 | | | 10/7/2015 Email from A. Troop to T. Clarke | TEN043407 |
| 55 | | | 10/9/2015 Email from S. Deckoff to R. Ehrlich | BDCF-00043975 - BDCF-00043976 |
| 56 | | | 10/9/2015 Email from S. Deckoff to K. McCoy | BDCF-00043994 - BDCF-00043995 |
| 57 | | | 12/09/2015 Email from M. Collins to B. Murphy and others | VCLF-00013925 - VCLF-00013940 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 58 | | | 10/10/2015 Email from J. Weiss to S. Deckoff | BDCF-00044096 - BDCF-00044101 |
| 59 | | | 10/10/2015 Email from S. Deckoff to K. McCoy | VCLF-00020195 |
| 60 | | | 10/11/2015 Email from B. Bennett to T. Clarke and others | KE_BD_0002557 |
| 61 | | | Draft Amended and Restated Asset Purchase Agreement, dated 10/13/2015 | BDCF-00078414 - BDCF-00078500 |
| 62 | | | 10/13/2015 Email from P. Potter to T. Clarke | VCLF-00174166 - VCLF-00174167 |
| 63 | | | 10/13/2015 Email from T. Clarke to P. Potter | VCLF-00174172 - VCLF-00174173 |
| 64 | | | 10/13/2015 Email from T. Clarke to A. Troop | VCLF-00174183 - VCLF-00174186 |
| 65 | | | Order Approving Settlement Agreement By and Between Old Republic Insurance Company and the Debtors, *In re Patriot Coal Corp.* Case No. 15-32450 (Dkt. No. 1640) | |
| 66 | | | 10/14/2015 McCoy Text messages report | (excerpt of VCLF-00123846) |
| 67 | | | 10/14/2015 Email from J. McCoy to R. Newton | IM-00018626 - IM-00018637 |
| 68 | | | 10/14/2015 Email from J. McCoy to G. Chamblee re: Revised Federal 13 Week Cash Plan 10-11-2015 | |
| 69 | | | 10/15/2015 Email from J. McCoy to M. Loreman re: Non-binding proposal to provide marketing services and inventory/receivables financing | (IM0548) |
| 70 | | | 10/15/2015 Email from J. Weiss to R. Lattouf, R. Ehrlich | BDCF-00046827 - BDCF-00046829 |
| 71 | | | 10/15/2015 Email from R. Dombrowski to P. Potter | KE_BD_0002522 - KE_BD_0002523 |
| 72 | | | 10/15/2015 Email from F. Kwok to M. Mueller | PWSP-00056197 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 73 | | | 10/15/2015 Email from P. Potter to T. Clarke and others | VCLF-00174775 - VCLF-00176776 |
| 74 | | | 10/15/2015 Email from D. Baxter to T. Clarke | VCLF-00174798 - VCLF-00174800 |
| 75 | | | 10/15/2015 Email from T. Clarke to P. Potter | VCLF-00175456 - VCLF-00175457 |
| 76 | | | 10/15/2015 Email from M. Loreman to J. McCoy re: Non-binding proposal to provide marketing services and inventory/receivables financing | (IM0546) |
| 77 | | | Draft Amended and Restated Asset Purchase Agreement, dated 10/16/2015 | BDCF-00050049 - BDCF-00050123 |
| 78 | | | 10/16/2015 Email from T. Clarke to P. Potter | SRZ-00004236 - SRZ-00004240 |
| 79 | | | 10/16/2015 Email from T. Clarke to P. Potter | VCLF-00175529 - VCLF-00175531 |
| 80 | | | 10/16/2015 Email from K. McCoy to P. Potter | VCLF-00175574 - VCLF-00175575 |
| 81 | | | Draft Amended and Restated Asset Purchase Agreement, dated 10/19/2015 | BDCF-00054055 - BDCF-00054131 |
| 82 | | | 10/19/2015 Email from B. Murphy to R. Lattouf | BDCF-00054652 - BDCF-00054653 |
| 83 | | | 10/19/2015 Email from B. Murphy to K. McCoy | TEN0032007 - TEN0032013 |
| 84 | | | 10/19/2015 Email from J. McCoy to K. McCoy and others | VCLF-00076894 - VCLF-00076898 |
| 85 | | | 10/19/2015 Email from M. Loreman to J. McCoy re: Non-binding proposal to provide marketing services and inventory/receivables financing | |
| 86 | | | 10/19/2015 Email from J. McCoy to D. Turner re: mining complex org chart | |
| 87 | | | 10/19/2015 Email from J. McCoy to K. McCoy, T. Clarke re: Non-binding proposal to provide | (IM0628) |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| | | | marketing services and inventory/receivables financing | |
| 88 | | | Draft Amended and Restated Asset Purchase Agreement, dated 10/20/2015 | BDCF-00062842 - BDCF-00062916 |
| 89 | | | Draft Amended and Restated Asset Purchase Agreement, dated 10/20/2015 | BDCF-00066943 - BDCF-00067019 |
| 90 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | BDCF-00082513 - BDCF-00082515 |
| 91 | | | 10/20/2015 Email from P. Potter to R. Kwasteneit | IM-00011856 - IM-00011857 |
| 92 | | | 10/20/2015 Email from R. Dombrowski to P. Potter | PWSP-00062344 - PWSP-00062368 |
| 93 | | | 10/20/2015 Email from Z. Messenger to R. Ehrlich | TEN0028572 - TEN0028573 |
| 94 | | | 10/20/2015 Email from Z. Messenger to B. Murphy | TEN0032393 |
| 95 | | | 10/20/2015 Appointment re: Patriot/VCLF: A&R Asset Purchase Agreement | VCLF-00177668 |
| 96 | | | 10/21/2015 Email from A. Harris to P. Potter | BDCF-00066686 - BDCF-00066691 |
| 97 | | | 10/21/2015 Email from P. Potter to D. Baxter and others | PWSP-00063467 - PWSP-00063472 |
| 98 | | | 10/21/2015 Email from A. Harris to P. Potter | PWSP-00065859 - PWSP-00065862 |
| 99 | | | 10/21/2015 Email from A. Harris to D. Baxter, E. Monahan | SRZ-00011141 - SRZ-00011145 |
| 100 | | | 10/21/2015 Email from B. Murphy to R. Ehrlich | TEN0028618 - TEN0028620 |
| 101 | | | 10/22/2015 Email from B. Murphy to R. Lattouf | BDCF-00076221 - BDCF-00076224 |
| 102 | | | 10/22/2015 Email from B. Murphy to J. Kucish and others | TEN0028675 - TEN0028681 |
| 103 | | | 10/22/2015 Email from B. Murphy to T. Clarke | TEN0028715 |
| 104 | | | 10/22/2015 Email from Z. Messenger to B. Murphy | TEN0032566 - TEN0032567 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 105 | | | 10/22/2015 Email from Z. Messenger to B. Murphy | TEN0032568 - TEN0032569 |
| 106 | | | 10/22/2015 Email from P. Potter to C. Mirick and others | VCLF-00182731 - VCLF-00182732 |
| 107 | | | 10/22/2015 Email from P. Potter to T. Clarke | VCLF-00182833 - VCLF-00182835 |
| 108 | | | 10/22/2015 Email from B. Murphy to T. Clarke | VCLF-00182954 |
| 109 | | | 10/23/2015 Email from T. Clarke to R. Ehrlich | BDCF-00076276 - BDCF-00076278 |
| 110 | | | 10/23/2015 Email from T. Clarke to J. Fontana, R. Ehrlich and others | BDCF-00076285 - BDCF-00076287 |
| 111 | | | 10/23/2015 Email from H. Gravenhorst to T. Clarke | BDCF-00076338 - BDCF-00076340 |
| 112 | | | 10/23/2015 Email from D. Baxter to M. Collins and others | BDCF-00076344 - BDCF-00076345 |
| 113 | | | 10/23/2015 Email from H. Gravenhorst to T. Clarke | BDCF-00076458 - BDCF-00076460 |
| 114 | | | 10/23/2015 Email from B. Murphy to P. Potter and others | BDCF-00076464 - BDCF-00076467 |
| 115 | | | 10/23/2015 Email from H. Gravenhorst to T. Clarke | BDCF-00076502 - BDCF-00076504 |
| 116 | | | 10/23/2015 Email from H. Gravenhorst to T. Clarke | BDCF-00076508 - BDCF-00076510 |
| 117 | | | 10/23/2015 Email from H. Gravenhorst to T. Clarke | BDCF-00076511 - BDCF-00076513 |
| 118 | | | 10/23/2015 Email from R. Lattouf to Z. Messenger | BDCF-00076597 - BDCF-00076598 |
| 119 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | BDCF-00082510 - BDCF-00082512 |
| 120 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | BDCF-00082516 - BDCF-00082518 |
| 121 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | BDCF-00082519 - BDCF-00082521 |
| 122 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | BDCF-00082522 - BDCF-00082524 |
| 123 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst | BDCF-00082525 - BDCF-00082528 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 124 | | | 10/23/2015 Email from P. Potter to R. Kwasteneit | KE_BD_0002431 |
| 125 | | | 10/23/2015 Email from T. Clarke to J. Fontana and others | TEN0028733 - TEN0028737 |
| 126 | | | 10/23/2015 Email from J. McCoy to M. Loreman | TEN0032586 |
| 127 | | | 10/23/2015 Email from Z. Messenger to B. Murphy | TEN0032589 |
| 128 | | | 10/23/2015 Email from Z. Messenger to B. Murphy | TEN0032594 - TEN0032595 |
| 129 | | | 10/23/2015 Email from M. Madden to B. Murphy | TEN0032607 - TEN0032608 |
| 130 | | | 10/23/2015 Email from J. DeKoe to B. Murphy | TEN0032635 |
| 131 | | | 10/23/2015 Email from Z. Messenger to T. Clarke | VCLF-00086293 - VCLF-00086294 |
| 132 | | | 10/23/2015 Email from Z. Messenger to T. Clarke | VCLF-00086685 - VCLF-00086686 |
| 133 | | | 10/23/2015 Email from T. Clarke to K. McCoy and others | VCLF-00087583 - VCLF-00087584 |
| 134 | | | 10/23/2015 Email from K. McCoy to J. McCoy | VCLF-00087672 - VCLF-00087673 |
| 135 | | | 10/23/2015 Email from T. Clarke to P. Potter and others | VCLF-00087800 - VCLF-00087801 |
| 136 | | | 10/23/2015 Email from B. Murphy to P. Potter and others | VCLF-00087804 - VCLF-00087807 |
| 137 | | | 10/23/2015 Email from M. Loreman to M. Collins | VCLF-00088150 |
| 138 | | | 10/23/2015 Email from T. Clarke to P. Potter | VCLF-00182964 - VCLF-00182966 |
| 139 | | | 10/23/2015 Dial-in appointment | VCLF-00183016 |
| 140 | | | 10/23/2015 Email from P. Potter to T. Clarke and others | VCLF-00183080 - VCLF-00183082 |
| 141 | | | 10/23/2015 Email from K. McCoy to P. Potter | VCLF-00183194 |
| 142 | | | 10/23/2015 Email from P. Potter to K. McCoy | VCLF-00183195 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 143 | | | 10/23/2015 Email from K. McCoy to P. Potter | VCLF-00183196 |
| 144 | | | 10/23/2015 Email from M. Collins to J. McCoy re: Message from Tom | (IM0691) |
| 145 | | | 10/23/2015 Email from M. Loreman to J. McCoy re: call | |
| 146 | | | 10/23/2015 Email from J. McCoy to S. Mundra, G. Chandak re: Non-binding proposal to provide marketing services and inventory/receivables financing | |
| 147 | | | 10/23/2015 Email from A. Rosen to S. Levine, G. Crandall re: Patriot - confidential privileged work product | |
| 148 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst re: FW: Summary of ERP Facilities | |
| 149 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst re: Summary of ERP Facilities | |
| 150 | | | 10/23/2015 Email from H. Gravenhorst to T. Clarke re: Summary of ERP Facilities | BDCF-00076338 - BDCF-00076340 |
| 151 | | | 10/23/2015 Email from M. Loreman to J. McCoy re: Fw: call | |
| 152 | | | 10/23/2015 Email from J. McCoy to M. Collins re: Message from Tom | |
| 153 | | | 10/23/2015 Email from J. McCoy to V. Mutolo re: United | |
| 154 | | | 10/23/2015 Email from R. Ehrlich to H. Gravenhorst re: Summary of ERP Facilities | |
| 155 | | | 10/23/2015 Email from J. McCoy to S. Mundra, G. Chandak re: Non-binding proposal to provide marketing services and inventory/receivables financing | (IM0707) |
| 156 | | | 10/23/2015 Email from M. Loreman to J. McCoy re: Fw: call | (IM0699) |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 157 | | | 10/24/2015 Email from S. Deckoff to R. Ehrlich | BDCF-00077192 |
| 158 | | | 10/24/2015 Email from R. Ehrlich to T. Clarke | BDCF-00077196 |
| 159 | | | 10/24/2015 Email from S. Deckoff to M. Moreno | BDCF-00082156 |
| 160 | | | 10/24/2015 Email from B. Murphy to S. Bremer | CENTERVIEW_ BD_0001662 |
| 161 | | | 10/24/2015 Email from S. Bremer to B. Murphy | CENTERVIEW_ BD_0001664 |
| 162 | | | 10/24/2015 Email from T. Clarke to K. McCoy | TEN0032667 - TEN0032670 |
| 163 | | | 10/24/2015 Email from B. Bennett to B. Murphy | TEN0032673 - TEN0032674 |
| 164 | | | 10/24/2015 Email from B. Bennett to B. Murphy | VCLF-00088306 - VCLF-00088307 |
| 165 | | | 10/24/2015 Email from R. Ehrlich to T. Clarke | VCLF-00088391 |
| 166 | | | 10/24/2015 Email from R. Ehrlich to T. Clarke | VCLF-00088393 |
| 167 | | | 10/24/2015 Email from B. Murphy to Patriot Coal and others | VCLF-00173673 |
| 168 | | | 10/24/2015 Email from B. Murphy to T. Clarke | VCLF-00174043 - VCLF-00174045 |
| 169 | | | 10/24/2015 Email from K. McCoy to P. Potter and others | VCLF-00183280 - VCLF-00183283 |
| 170 | | | 10/24/2015 Email from B. Murphy to K. McCoy and others | VCLF-00183302 - VCLF-00183307 |
| 171 | | | 10/24/2015 Email from B. Murphy to D. Baxter and others | VCLF-00183335 - VCLF-00183341 |
| 172 | | | 10/24/2015 Email from A. Troop to T. Clarke | VCLF-00183378 - VCLF-00183385 |
| 173 | | | 10/24/2015 Email from D. Baxter to T. Clarke | VCLF-00183386 - VCLF-00183393 |
| 174 | | | 10/24/2015 Email from B. Murphy to A. Troop and others | VCLF-00183409 - VCLF-00183410 |
| 175 | | | 10/24/2015 Email from P. Potter to A. Troop and others | VCLF-00183413 - VCLF-00183414 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 176 | | | 10/24/2015 Email from T. Clarke to P. Potter | VCLF-00183565 - VCLF-00183568 |
| 177 | | | 10/24/2015 Email from S. Bremer to B. Murphy | CENTERVIEW_B D_0001664 |
| 178 | | | 10/25/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00077216 - BDCF-00077218 |
| 179 | | | 10/25/2015 Email from A. Harris to P. Potter | BDCF-00077252 - BDCF-00077253 |
| 180 | | | 10/25/2015 Email from P. Potter to A. Harris | BDCF-00077254 - BDCF-00077263 |
| 181 | | | 10/25/2015 Email from A. Harris to P. Potter | BDCF-00077290 - BDCF-00077293 |
| 182 | | | 10/29/2015 Email from P. Potter to A. Harris | BDCF-00077403 - BDCF-00077404 |
| 183 | | | 10/24/2015 Email from P. Keary to B. Murphy | TEN0032686 |
| 184 | | | 10/25/2015 Investment Memorandum from G. Chandak to ERP Complaint Fuels, LLC | VCLF-00090077 |
| 185 | | | 10/25/2015 Investment Memorandum from G. Chandak to ERP Complaint Fuels, LLC | VCLF-00154825 |
| 186 | | | 10/24/2015 Email from P. Potter to T. Clarke and others | VCLF-00183514 - VCLF-00183518 |
| 187 | | | 10/25/2015 Email from P. Potter to T. Clarke | VCLF-00183526 - VCLF-00183527 |
| 188 | | | 10/25/2015 Email from T. Clarke to P. Potter | VCLF-00183538 - VCLF-00183540 |
| 189 | | | 10/25/2015 Email from P. Potter to T. Clarke | VCLF-00183544 - VCLF-00183546 |
| 190 | | | 10/25/2015 Email from P. Potter to T. Clarke | VCLF-00183547 - VCLF-00183549 |
| 191 | | | 10/25/2015 Email from P. Potter to T. Clarke | VCLF-00183554 - VCLF-00183556 |
| 192 | | | 10/25/2015 Email from T. Clarke to P. Potter | VCLF-00183573 - VCLF-00183574 |
| 193 | | | 10/25/2015 Email from P. Potter to T. Clarke | VCLF-00183615 - VCLF-00183620 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 194 | | | 10/25/2015 Email from T. Clarke to P. Potter | VCLF-00183651 - VCLF-00183657 |
| 195 | | | 10/25/2015 Email from W. Sullivan to A. Troop | VCLF-00183705 - VCLF-00183707 |
| 196 | | | 10/25/2015 Email from P. Potter to A. Troop and others | VCLF-00183759 - VCLF-00183760 |
| 197 | | | 10/25/2015 Email from C. Mirick to P. Potter and others | VCLF-00183777 - VCLF-00183778 |
| 198 | | | 10/25/2015 Email from P. Potter to C. Mirick, D. Baxter | VCLF-00183900 - VCLF-00183904 |
| 199 | | | 10/25/2015 Email from P. Potter to T. Clarke, K. McCoy | VCLF-00183962 - VCLF-00183963 |
| 200 | | | 10/26/2015 Email from T. Clarke to G. Chandak | IM-00029415 - IM-00029433 |
| 201 | | | 10/26/2015 Email from D. Baxter to S. Levine and others | PWSP-00075733 - PWSP-00075735 |
| 202 | | | 10/26/2015 Email from T. Clarke to _Print Box | VCLF-00090663 - VCLF-00090702 |
| 203 | | | 10/26/2015 Email from J. McCoy to M. Collins | VCLF-00090777 - VCLF-00090778 |
| 204 | | | 10/26/2015 Email from M. Collins to K. McCoy and others | VCLF-00090780 - VCLF-00090820 |
| 205 | | | 10/26/2015 Email from S. Levine to B. Murphy and others | VCLF-00092244 - VCLF-00092246 |
| 206 | | | 10/26/2015 Email from P. Potter to C. Mirick and others | VCLF-00185523 - VCLF-00185526 |
| 207 | | | 10/26/2015 Email from T. Clarke to J. McCoy | VCLF-00187508 |
| 208 | | | 10/26/2015 Email from B. Murphy to D. Baxter | VCLF-00187568 - VCLF-00187571 |
| 209 | | | 10/26/2015 Email from J. McCoy to sm@mundraholdings.com re: Fwd: Chandak Agreement | |
| 210 | | | 10/26/2015 Email from G. Chandak to S. Mundra re: Fwd: Chandak Agreement | |
| 211 | | | 10/25/2015 Email from J. McCoy to G. Chandak and others re: Fwd: Patriot/VCLF: Structure Chart | |

14

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 212 | | | 10/26/2015 Email from J. McCoy to G. Woodruff and others re: Fwd: 2.5MM each guarantee | |
| 213 | | | 10/26/2015 Email from J. McCoy to G. Woodruff and others re: Fwd: 2.5MM each guarantee | |
| 214 | | | 10/27/2015 Email from P. Potter to R. Kwasteneit | KE_BD_0002354 - KE_BD_0002355 |
| 215 | | | Promissory Note, Earnout Agreement and Security Agreement | KE_BD_0007124 - KE_BD_0007143 |
| 216 | | | 10/27/2015 Email from B. Murphy to M. Madden and others | TEN0032929 |
| 217 | | | 10/27/2015 Equity Investment Term Sheet | TEN0048605 - TEN0048608 |
| 218 | | | 10/27/2015 Assignment and Assumption Agreement | VCLF-00010900 - VCLF-00010910 |
| 219 | | | 10/27/2015 Email from B. Murphy to J. McCoy and others | VCLF-00097678 |
| 220 | | | Final Amended and Restated Asset Purchase Agreement, dated October 27, 2015 | VCLF-00102359 - VCLF-00102919 |
| 221 | | | 10/27/2015 Equity Investment Term Sheet | VCLF-00160295 - VCLF-00160299 |
| 222 | | | 10/27/2015 Email from J. McCoy to T. Clarke | VCLF-00188715 - VCLF-00188721 |
| 223 | | | 10/27/2015 Email from B. Murphy to M. McCoy, T. Clarke | VCLF-00188734 - VCLF-00188738 |
| 224 | | | 10/27/2015 Email from J. McCoy to C. DeGiacinto re: patriot | |
| 225 | | | 10/27/2015 Email from M. Collins to G. Chandak re: ERP Federal Mining Complex, LLC Wire Instructions | |
| 226 | | | 10/27/2015 Email from K. Miller to J. McCoy re: united | |
| 227 | | | 10/27/2015 Email from J. McCoy to C. DeGiacinto re: we closed | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 228 | | | 10/28/2015 Email from A. Harris to P. Potter | BDCF-00077396 |
| 229 | | | 10/28/2015 Email from B. Murphy to P. Potter and others | PWSP-00087889 - PWSP-00087891 |
| 230 | | | 10/29/2015 Email from P. Potter to A. Harris | BDCF-00077405 - BDCF-00077406 |
| 231 | | | 10/29/2015 - Email from P. Potter to A. Harris | PWSP-00089770 |
| 232 | | | 10/29/2015 Email from P. Potter to A. Harris | SRZ-00018794 - SRZ-00018795 |
| 233 | | | 10/30/2015 Email from Z. Messenger to B. Murphy | TEN0033054 |
| 234 | | | 10/30/2015 Email from Z. Messenger to B. Murphy | TEN0033072 |
| 235 | | | 10/30/2015 Email from Z. Messenger to B. Murphy | TEN0033073 - TEN0033074 |
| 236 | | | 11/01/2015 Email from M. Loreman to T. Clarke | VCLF-00104252 |
| 237 | | | 11/03/2015 Email from M. Collins to K. McCoy and others | VCLF-00009001 - VCLF-00009006 |
| 238 | | | 11/03/2015 Email from T. Clarke to M. Loreman | VCLF-00009086 |
| 239 | | | 11/05/2015 Email from B. Murphy to A. Zweig | TEN0034521 - TEN0034522 |
| 240 | | | 11/9/2015 Email from R. Lattouf to R. Ehrlich | BDCF-00077418 |
| 241 | | | 9/11/2015 Email from B. Murphy to R. Ehrlich | TEN0018387 - TEN0018410 |
| 242 | | | 11/19/2015 Hitachi Proposal | VCLF-00013234 - VCLF-00013237 |
| 243 | | | 11/20/2015 Letter from T. Clarke to B. Murphy | VCLF-00013214 |
| 244 | | | 12/14/2015 North Mill Capital LLC Proposal | VCLF-00014057 - VCLF-00014059 |
| 245 | | | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2015 and December | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| | | | 31, 2015 for Midwest - Patriot Coal, dated December 22, 2015 | |
| 246 | | | 10/12/2015 text message from K. McCoy to T. Clarke | (excerpt of VCLF-00123846) |
| 247 | | | 10/23/2015 text message from K. McCoy to T. Clarke | (excerpt of VCLF-00123846) |
| 248 | | | Oliver Wyman, Actuarial Evaluation of Workers' Compensation Liability as of September 30, 2015 and December 31, 2015 for West Virginia - Patriot Coal, dated January 14, 2016 | |
| 249 | | | VCLF and ERP Responses to First Set of Interrogatories, dated 10/31/2016 | |
| 250 | | | VCLF and ERP Responses to First Set of Requests for Admission, dated 10/31/2016 | |
| 251 | | | VCLF and ERP Supplemental Interrogatory Responses to First Set of Interrogatories, dated 11/21/2016 | |
| 252 | | | Plaintiff's Responses and Objections to Defendants/Counterclaim-Plaintiffs' First Set of Interrogatories, dated 12/12/2016 | |
| 253 | | | AT&T phone records for T. Clarke, from 10/22/2015 through 10/25/2015 | |
| 254 | | | [Intentionally blank] | |
| 255 | | | [Intentionally blank] | |
| 256 | | | [Intentionally blank] | |
| 257 | | | [Intentionally blank] | |
| 258 | | | [Intentionally blank] | |
| 259 | | | [Intentionally blank] | |
| 260 | | | [Intentionally blank] | |
| 261 | | | Expert Report of Robert K. Briscoe, WCP, dated 4/17/2018 | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 262 | | | Screenshots of text messages from M. Moreno to S. Deckoff | BDCF-00082153 - BDCF-00082155 |
| 263 | | | 9/22/2015 Email from J. McCoy to T. Darden re: Fwd: VCLF Patriot Update 9-21-2015 | (IM0238 - IM0240) |
| 264 | | | 9/25/2015 Email from J. McCoy to T. Darden re: Fwd: Patriot - ERP Business Plan - DRAFT FOR REVIEW | (IM0288) |
| 265 | | | 10/14/2015 Email from J. McCoy to G. Chamblee re: Revised Federal 13 Week Cash Plan 10-11-2105 | (IM0515) |
| 266 | | | 10/19/2014 Email from M. Loreman to J. McCoy re: Non-binding proposal to provide marketing services and inventory/receivables financing | (IM0630) |
| 267 | | | 10/23/2015 Email from M. Collins to J. McCoy re: Message from Tom | (IM0691) |
| 268 | | | 10/23/2015 Email from M. Loreman to J. McCoy re: call | (IM0696) |
| 269 | | | 10/23/2015 Email from J. McCoy to S. Mundra, G. Chandak re: Fwd: Non-binding proposal to provide marketing services and inventory/receivables financing | (IM0707) |
| 270 | | | 10/26/2015 Email from J. McCoy to S. Mundra re: Fwd: Chandak Agreement | (IM0730) |
| 271 | | | 8/31/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00018025 - BDCF-00018047 |
| 272 | | | 9/23/2015 Email from K. McCoy to R. Lattouf | BDCF-00026071 |
| 273 | | | 9/23/2015 Email from G. Shertenlieb to R. Lattouf | BDCF-00027981 - BDCF-00027988 |
| 274 | | | 9/24/2015 Email from D. Tropp to R. Lattouf, M. Patrick | BDCF-00028141 - BDCF-00028150 |
| 275 | | | 9/25/2015 Email from J. Weiss to D. Jones and others | BDCF-00030053 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 276 | | | 9/25/2015 Email from R. Ehrlich to T. Clarke | BDCF-00034443 |
| 277 | | | 9/25/2015 Email from T. Clarke to R. Ehrlich | BDCF-00038805 - BDCF-00038807 |
| 278 | | | 9/26/2015 Email from R. Lattouf to G. Shertenlieb | BDCF-00038811 - BDCF-00038812 |
| 279 | | | 9/26/2015 Email from R. Lattouf to D. Tropp, M. Patrick | BDCF-00038813 - BDCF-00038824 |
| 280 | | | 9/29/2015 Notes re: Call with John Weiss - John T. Boyd Company - Preliminary Diligence Takeaways on Federal 2 Mine | BDCF-00039907 - BDCF-00039914 |
| 281 | | | 9/29/2015 Email from D. Tropp to R. Lattouf, M. Patrick | BDCF-00039968 - BDCF-00039981 |
| 282 | | | 10/9/2015 Email from K. McCoy to R. Ehrlich | BDCF-00043424 - BDCF-00043428 |
| 283 | | | 10/16/2015 Email from Z. Messenger to R. Ehrlich, R. Lattouf | BDCF-00052217 - BDCF-00052218 |
| 284 | | | 10/20/2015 Email from Z. Messenger to R. Ehrlich and others | BDCF-00058506 - BDCF-00058507 |
| 285 | | | 10/20/2015 Email from M. Mueller to A. Harris and others | BDCF-00062434 - BDCF-00063388 |
| 286 | | | 10/21/2015 Email from B. Murphy to R. Lattouf and others | BDCF-00066479 - BDCF-00066481 |
| 287 | | | 10/21/2015 Email from B. Murphy to R. Ehrlich | BDCF-00066499 - BDCF-00065502 |
| 288 | | | 10/21/2015 Email from B. Murphy to J. Kucish | BDCF-00066698 - BDCF-00066702 |
| 289 | | | 10/21/2015 Email from M. Mueller to S. Hessler and others | BDCF-00074349 - BDCF-00075311 |
| 290 | | | 10/22/2015 Email from B. Murphy to J. Kucish | BDCF-00075675 - BDCF-00075683 |
| 291 | | | 10/22/2015 Email from B. Murphy to R. Lattouf and others | BDCF-00076060 - BDCF-00076062 |
| 292 | | | 10/22/2015 Email from R. Lattouf to B. Murphy, Z. Messenger | BDCF-00076107 - BDCF-00076108 |
| 293 | | | 10/22/2015 Email from R. Lattouf to B. Murphy, Z. Messenger | BDCF-00076111 - BDCF-00076112 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 294 | | | 10/22/2015 Email from Z. Messenger to R. Lattouf, B. Murphy | BDCF-00076154 - BDCF-00076157 |
| 295 | | | 10/22/2015 Email from B. Murphy to Z. Messenger, R. Lattouf | BDCF-00076212 - BDCF-00076215 |
| 296 | | | 10/24/2015 Email from R. Ehrlich to T. Clarke | BDCF-00077194 |
| 297 | | | 10/25/2015 Email from P. Potter to A. Harris | BDCF-00077219 - BDCF-00077251 |
| 298 | | | 10/25/2015 Email from P. Potter to A. Harris | BDCF-00077254 - BDCF-00077263 |
| 299 | | | Screenshot of text message from S. Deckoff to T. Clarke | BDCF-00077481 |
| 300 | | | R. Lattouf Hand notes | BDCF-00081969 - BDCF-00081996 |
| 301 | | | 10/27/2015 Email from P. Potter to R. Kwasteniet | KE_BD_0007119 - KE_BD_0007143 |
| 302 | | | 10/26/2015 Email from E. Monahan to J. Pitts and others | PWSP-00074657 - PWSP-00074854 |
| 303 | | | 9/20/2015 Email from B. Murphy to T. Clarke | TEN0019465 - TEN0019467 |
| 304 | | | 10/22/2015 Email from B. Bennett to T. Clarke | VCLF-00085885 - VCLF-00085889 |
| 305 | | | 10/2015 McCoy Text messages report | VCLF-00123845 (excerpts) |
| 306 | | | K. McCoy Old iPhone Report | VCLF-00123846 |
| 307 | | | VCLF Privilege Log Excerpts | |
| 308 | | | Redline - Gravenhorst Emails - 1:20 pm vs. 2:40 pm | |
| 309 | | | Redline - Gravenhorst Emails - 2:04 pm vs. 2:18 pm | |
| 310 | | | Redline - Gravenhorst Emails 10:24 am vs. 1:20 pm | |
| 311 | | | 8/17/2015 Email from Debtwire US Alert to R. Ehrlich | BDCF-00011893 - BDCF-00011894 |
| 312 | | | 8/27/2015 Email from P. Laud to R. Ehrlich | BDCF-00017930 - BDCF-00017935 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 313 | | | 9/11/2015 Email from B. Murphy to R. Ehrlich | BDCF-00018275 - BDCF-00018299 |
| 314 | | | 9/13/2015 Email from B. Murphy to R. Ehrlich | BDCF-00018384 - BDCF-00018385 |
| 315 | | | 9/15/2015 Email from T. Clarke to S. Deckoff, R. Ehrlich | BDCF-00018428 |
| 316 | | | 9/17/2015 Email from B. Murphy to R. Ehrlich | BDCF-00018443 - BDCF-00018449 |
| 317 | | | 9/19/2015 Email from T. Clarke to R. Ehrlich | BDCF-00018463 - BDCF-00018465 |
| 318 | | | 9/20/2015 Email from R. Ehrlich to T. Clarke | BDCF-00018524 - BDCF-00018535 |
| 319 | | | 9/22/2015 Email from R. Ehrlich to M. Patrick | BDCF-00024744 |
| 320 | | | 9/28/2015 Email from R. Lattouf to T. Clarke | BDCF-00038843 - BDCF-00038844 |
| 321 | | | 9/28/2015 Email from B. Murphy to S. Bremer, K. Dutta | BDCF-00039762 - BDCF-00039763 |
| 322 | | | 10/6/2015 Email from R. Ehrlich to T. Clarke | BDCF-00041353 |
| 323 | | | 10/8/2015 Email from A. Harris to R. Ehrlich and others | BDCF-00041445 - BDCF-00041449 |
| 324 | | | 10/9/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00041460 |
| 325 | | | 10/9/2015 Email from J. Weiss to R. Ehrlich and others | BDCF-00043990 - BDCF-00043992 |
| 326 | | | 10/12/2015 Email from P. Potter to A. Harris, R. Ehrlich | BDCF-00044230 - BDCF-00044431 |
| 327 | | | 10/15/2015 Email from B. Murphy to R. Lattouf and others | BDCF-00049766 - BDCF-00049944 |
| 328 | | | 10/19/2015 Email from M. Mueller to R. Ehrlich, R. Lattouf | BDCF-00053976 - BDCF-00054200 |
| 329 | | | 10/21/2015 Email from A. Harris to M. Mueller and others | BDCF-00066867 - BDCF-00067019 |
| 330 | | | 10/21/2015 Email from P. Potter to R. Kwasteniet | BDCF-00075478 - BDCF-00075482 |
| 331 | | | 10/22/2015 Email from R. Ehrlich to G. Shertenlieb | BDCF-00077539 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 332 | | | 9/18/2015 through 10/23/2015 text messages between T. Clarke and R. Ehrlich | BDCF-00082141 - BDCF-00082151 |
| 333 | | | 6/25/2015 Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sales of Certain of the Debtors' Assets, (B) Approving the Form and Manner of Notice, (C) Scheduling Auctions and a Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 406) | |
| 334 | | | 10/9/2015 Findings of Fact, Conclusions of Law and Order (I) Confirming the Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and (II) Approving the Fourth Amended Disclosure Statement, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1615) | |
| 335 | | | 8/17/2015 Email from L. Thybony to S. Deckoff and others | BDCF-00011892 |
| 336 | | | 8/27/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00017936 - BDCF-00017944 |
| 337 | | | 9/13/2015 Email from S. Deckoff to L. Meier | BDCF-00018382 |
| 338 | | | 9/25/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00030047 - BDCF-00030048 |
| 339 | | | 9/28/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00039797 |
| 340 | | | 10/9/2015 Email from S. Deckoff to R. Ehrlich, J. Fontana | BDCF-00041458 |
| 341 | | | 10/9/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00043973 - BDCF-00043974 |
| 342 | | | 10/9/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00043981 - BDCF-00043982 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 343 | | | 10/9/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00044034 - BDCF-00044036 |
| 344 | | | 10/10/2015 Email from J. Weiss to S. Deckoff | BDCF-00044108 - BDCF-00044114 |
| 345 | | | 10/10/2015 Email from R. Ehrlich to J. Fontana | BDCF-00044120 - BDCF-00044122 |
| 346 | | | 10/11/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00044149 |
| 347 | | | 10/23/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00076317 - BDCF-00076319 |
| 348 | | | 10/23/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00076320 - BDCF-00076323 |
| 349 | | | 10/24/2015 Email from R. Ehrlich to S. Deckoff | BDCF-00077193 |
| 350 | | | 9/23/2015 Email from R. Lattouf to K. McCoy | VCLF-00055060 - VCLF-00055061 |
| 351 | | | 10/11/2015 Email from K. McCoy to S. Deckoff | VCLF-00020278 - VCLF-00020279 |
| 352 | | | 9/14/2015 Email from Z. Messenger to K. McCoy and others | TEN0018566 - TEN0018567 |
| 353 | | | 10/9/2015 Email from B. Murphy to K. McCoy and others | VCLF-00020154 - VCLF-00020155 |
| 354 | | | 10/9/2015 Email from K. McCoy to R. Ehrlich and others | VCLF-00020153 |
| 355 | | | 10/12/2015 Email from K. McCoy to R. Ehrlich | VCLF-00020408 - VCLF-00020410 |
| 356 | | | 9/12/2015 Email from K. McCoy to T. Clarke | TEN0018503 - TEN0018504 |
| 357 | | | 9/13/2015 Email from K. McCoy to T. Clarke | TEN0018531 - TEN0018533 |
| 358 | | | 10/6/2015 Email from C. Childers to K. McCoy | VCLF-00020094 |
| 359 | | | 10/8/2015 Email from K. McCoy to T. Clarke | VCLF-00020104 |
| 360 | | | 10/16/2015 Email from P. Potter to K. McCoy and others | VCLF-00175577 - VCLF-00175578 |
| 361 | | | 10/9/2015 Email from R. Ehrlich to K. McCoy | VCLF-00020160 - VCLF-00020161 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 362 | | | 10/19/2015 Email from B. Murphy to K. McCoy | VCLF-00076856 |
| 363 | | | 10/19/2015 Email from B. Murphy to R. Lattouf | TEN0027959 |
| 364 | | | 10/11/2015 Email from T. Clarke to Z. Messenger | VCLF-00020350 - VCLF-00020351 |
| 365 | | | 10/19/2015 Email from B. Murphy to K. McCoy | VCLF-00076472 - VCLF-00076478 |
| 366 | | | 10/23/2015 Email from T. Clarke to K. McCoy, J. McCoy | VCLF-00087581 - VCLF-00087582 |
| 367 | | | 10/28/2015 Email from K. McCoy to T. Clarke | VCLF-00102926 |
| 368 | | | 10/15/2015 Email from D. Baxter to T. Clarke | VCLF-00174779 - VCLF-00174780 |
| 369 | | | 10/23/2015 Email from P. Potter to T. Clarke | VCLF-00182962 - VCLF-00182963 |
| 370 | | | 10/25/2015 Email from P. Potter to A. Troop | VCLF-00183984 - VCLF-00183986 |
| 371 | | | 10/21/2015 Email from P. Potter to J. Bernbrock | IM-00013301 - IM-00013305 |
| 372 | | | Citi Pension Liability Index | |
| 373 | | | WV & KY LDFs | |
| 374 | | | R. Ehrlich Hand notes | BDCF-00081997 - BDCF-00082140 |
| 375 | | | 2015 Agreement between The United Mine Workers of America and ERP Federal Mining Complex, LLC | VCLF-00137064 - VCLF-00137210 |
| 376 | | | 11/13/2009 PNC Bank Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066505 - BDCF-00066513 |
| 377 | | | 5/3/2010 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066514 - BDCF-00066518 |
| 378 | | | 11/5/2007 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066520 - BDCF-00066526 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 379 | | | 11/6/2007 Fifth Third Bank Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066527 - BDCF-00066528 |
| 380 | | | 11/5/2007 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066529 - BDCF-00066535 |
| 381 | | | 2/18/2015 Deutsche Bank Irrevocable Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066536 |
| 382 | | | 3/4/2015 Deutsche Bank Amendment to Irrevocable Standby Letter of Credit | BDCF-00066537 |
| 383 | | | 12/19/2014 Deutsche Bank Irrevocable Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066540 - BDCF-00066542 |
| 384 | | | 11/5/2007 Bank of America Irrevocable Standby Letter of Credit for Applicant Patriot Coal Corp. | BDCF-00066544 - BDCF-00066548 |
| 385 | | | 10/21/2015 Email from M. Mueller to A. Harris and others | BDCF-00075312 - BDCF-00075394 |
| 386 | | | 10/9/2015 Email from R. Ehrlich to K. McCoy | VCLF-00057886 - VCLF-00057892 |
| 387 | | | 9/22/2015 Email from R. Ehrlich to R. Lattouf | BDCF-00025928 - BDCF-00025952 |
| 388 | | | 10/28/2015 Notice of (I) Confirmation of the Debtors' Chapter 11 Plan of Reorganization, (II) Occurrence of the Effective Date, and (III) Related Bar Dates, , *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1751) | |
| 389 | | | Robert Briscoe Work File | |
| 390 | | | BDCM website screenshots: Welcome, About Us, Our Values, Our Investment Philosophy, Contact Us | |
| 391 | | | 6/22/2017 Transcript of Hearing on Debtors' Motion for Entry of an | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| | | | Order, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2564) | |
| 392 | | | 6/8/2017 Liquidating Trustee's Motion Seeking Approval to Sell Rights to Contingent Future Surplus Security for Payment of Workers' Compensation Obligations Free and Clear of All Liens, Claims, and Interests, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2553) | |
| 393 | | | 6/27/2017 Order Granting Liquidating Trustee's Motion Seeking Approval to Sell Rights to Payments Relating to Contingent Future Surplus Workers' Compensation, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2566) | |
| 394 | | | [Intentionally blank] | |
| 395 | | | 10/26/2015 Email from B. Murphy to J. Whitney and others | VCLF-00174104 - VCLF-00174110 |
| 396 | | | 10/15/2015 Email from R. Lattouf to S. Deckoff and others | BDCF-00050487 |
| 397 | | | 9/18/2015 Notice of Filing of Fourth Amended Disclosure Statement for Debtors' Fourth Amended Joint Plan of Reorganization, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 1333) | |
| 398 | | | 10/22/2015 Email from P. Potter to R. Kwasteniet | VCLF-00085610 - VCLF-00085614 |
| 399 | | | 8/31/2015 Email from R. Ehrlich to S. Deckoff and others | BDCF-00018025 - BDCF-00018047 |
| 400 | | | Motion to Dismiss Defendants Kentucky Coal Employers' Self-Insurance Guaranty Fund and the Commonwealth of Kentucky, Labor Cabinet, Department of Workers Claims, or Alternatively To Transfer Venue To The United States District Court For The | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| | | | Eastern District Of Kentucky And Memorandum In Support, *Davis v. Commonwealth of Kentucky*, Case No. 16-03348 (Dkt. No. 5) | |
| 401 | | | Response to Loss Portfolio Transfer Offer, dated September 28, 2016, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2376-2) | |
| 402 | | | Response to Loss Portfolio Transfer Offer, dated September 29, 2016, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2376-3) | |
| 403 | | | 10/24/2016 Transcript of Hearing on Debtors' Motion for Entry of an Order, *In re Patriot Coal Corp.*, Case No. 15-32450 (Dkt. No. 2392) | |
| 404 | | | 10/22/2015 Email from Z. Messenger to R. Lattouf, B. Murphy | BDCF-00076174 - BDCF-00076177 |
| 405 | | | 10/23/2015 Email from R. Lattouf to R. Ehrlich | BDCF-00076594 - BDCF-00076596 |
| 406 | | | 9/20/2015 Email from T. Clarke to J. McCoy re: Re: patriot deal | |
| 407 | | | 9/23/2015 Email from J. McCoy to G. Chamblee re: Re: coal update | |
| 408 | | | 10/26/2015 Email from T. Clarke to B. Bennett | VCLF-00090112 - VCLF-00090114 |
| 409 | | | 10/26/2015 Email from B. Bennet to T. Clarke | VCLF-00090139 |
| 410 | | | 9/29/2015 Email from T. Clarke to R. Dombrowski | VCLF-00056183 - VCLF-00056185 |
| 411 | | | 10/11/2015 Email from R. Dombrowski to T. Clarke | CENTERVIEW_BD_0000050 - CENTERVIEW_BD_0000052 |
| 412 | | | 10/3/2015 Email from R. Dombrowski to T. Clarke | AMBD0002267 - AMBD0002268 |
| 413 | | | 10/24/2015 Email from R. Dombrowski to A. Lee | AMBD0003443 - AMBD0003446 |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 414 | | | 10/22/2015 Email from T. Clarke to A. Harris | BDCF-00076089 - BDCF-00076094 |
| 415 | | | Self-Insured Employer Loss Portfolio Transfer Checklist | AMBD_B_0000209 – AMBD_B_0000210 |
| 416 | | | Loss Portfolio Transfer Offer from PCC Liquidating Trust to Kentucky Coal Employers' Self-Insurance Guaranty Fund | AMBD_B_0000211 – AMBD_B_0000218 |
| 417 | | | Letter from Tim Booth to Patriot Coal Corporation | AMBD_B_0000219 – AMBD_B_0000221 |
| 418 | | | 9/22/2015 Email from R. Ehrlich to L. Meier | BDCF-00020622 |
| 419 | | | Document titled "ACG Monetizing Insurance Liabilities in Bankruptcy, Current Corporate Insurance Obligations as a Source of Liquidity & a Way to Improve Cash Flow for the Estate & Creditors" | ACG_000002 – ACG_000003 |
| 420 | | | PowerPoint presentation titled, "ACG Corporate Self Insurance Programs & Captives, Bankruptcy Specialists: Monetizing Insurance Liabilities in Bankruptcy" | ACG_000004 – ACG_000016 |
| 421 | | | Document titled, "Hudson Structured & MultiStrat complete novel casualty ILS transaction" | ACG_000017 – ACG_000018 |
| 422 | | | RFIB Policy Number: RARFP1700655  Risk Details | ACG_000019 – ACG_000043 |
| 423 | | | Document titled, "ACG Liberate Your Captive Collateral; ACG Collateral Relief Strategies" | ACG_000001 |
| 424 | | | Qualifications of Robert K. Briscoe Pursuant to Local Rule 9017-1(B) | |

| Exhibit No. | Identified | Admitted | Description | BegBates and EndBates |
|---|---|---|---|---|
| 500 | | | Form 990, Return of Organization Exempt from Income Tax, Amity Fellowserve, Inc. (2013) | |
| 501 | | | Form 990, Return of Organization Exempt from Income Tax, Amity Fellowserve, Inc. (2014) | |
| 502 | | | Form 990, Return of Organization Exempt from Income Tax, Amity Fellowserve, Inc. (2015) | |
| 503 | | | Arizona Secretary of State, Trade Name Application for Palm View Rehabilitation and Care Center | |
| 504 | | | Form 205, Involuntary Bankruptcy Petition Against a Non-Individual, *In re ERP Iron Ore, LLC*, Case No. 18-50378 (Bankr. D. Minn.) (Dkt. No. 1) | |
| 505 | | | 9/15/2015 Email from R. Dombrowski to T. Clarke | VCLF-00048230 |
| 506 | | | Defendants/Counterclaim Plaintiffs' Supplemental and Amended Responses and Objections to Plaintiff/Counterclaim Defendant's First Set of Interrogatories | |
| 507 | | | "ERP Issues Layoffs at West Virginia's Federal No. 2 Mine Ahead of Possible Idling," *Platts* (Sept. 19, 2017) | |

Dated:  June 18, 2018
Richmond, Virginia

Respectfully submitted,

By: */s/ John H. Maddock III*

Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
      jmaddock@mcguirewoods.com


C. William Phillips (admitted *pro hac vice*)
Jonathan M. Sperling (admitted *pro hac vice*)
Micaela R. McMurrough (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
      jsperling@cov.com
      mmcmurrough@cov.com


*Counsel to Black Diamond Commercial
Finance, LLC*

<u>Certificate of Service</u>

I hereby certify that on June 18, 2018, I caused the foregoing *Third Amended Exhibit List of Black Diamond Commercial Finance, LLC* to be filed with and uploaded to this Court's CM/ECF system, which will send filing to all CM/ECF participants, and on the following parties by email:

William M. Sullivan, Jr. (wsullivan@pillsburylaw.com)
Joshua I. Schlenger (joshua.schlenger@pillsburylaw.com)
Samuel S. Cavior (samuel.cavior@pillsburylaw.com)
Andrew M. Troop (andrew.troop@pillsburylaw.com)
Patrick J. Potter (patrick.potter@pillsburylaw.com)

*/s/ John H. Maddock III*
John H. Maddock III