# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | Case No. 15-32450 (KLP) |
| *Debtors*. | Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | Adv. Proc. No. 16-03105 (KLP) |
| *Plaintiff*, | |
| -against- | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| *Defendants*. | |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |
| *Counterclaim-Plaintiffs*, | |
| -against- | |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, | |
| *Counterclaim-Defendant*. | |

## QUALIFICATIONS OF ROBERT K. BRISCOE
## PURSUANT TO LOCAL RULE 9017-1(B)

Robert K. Briscoe is a Principal of Milliman Inc. ("Milliman").  Milliman is among the world's largest providers of actuarial and related products and services.  Founded in 1947, Milliman is an independent firm with offices in major cities around the globe.  Milliman is owned and managed by principals/senior consultants, whose selection is based on their technical, professional, and business achievements.  Milliman serves the full spectrum of business, financial, government, union, education, and nonprofit organizations.  In addition to consulting actuaries, Milliman's body of professionals includes numerous other specialists, ranging from clinicians to economists to casualty claims professionals, among many other specialists.

Mr. Briscoe holds the Workers Compensation Professional (WCP) designation of the American Society of Workers Compensation Professionals (AMComp) and is a member of the Board of Directors of AMComp.  He is also a recipient of the AMComp Legends award, which is given for exemplary service in the workers' compensation industry.

Mr. Briscoe has over 40 years of experience in the national workers' compensation field, including:

- Reviewing individual workers' compensation claims, calculating individual case reserves, and analyzing the legal basis for the award or denial of workers' compensation benefits, including occupational disease (OD) claims, which include black lung claims.

- Calculation of funding models/valuations of the payout of workers' compensation claims (including OD claims) with interest discounts.

- Participation in working groups that led to the amendment of workers' compensation statutes, including OD statutes.

- Preparation of (i) valuations of state and federal black lung liabilities for coal companies and their voluntary insurers, including most of the largest U.S. coal operators and a large sampling of second- and third-rank coal producers; (ii) valuations of the state and federal black lung liabilities of all of the voluntary insurers of coal industry risks; and (iii) valuations of the state and federal black lung liabilities for all of the state funds writing coal risks and various special funds operated by coal mining states.

- Preparation and use of workers' compensation claims software to hold extensive detail of key information on individual claims and to calculate case reserves.

- Provision of consulting advice to clients who provide for their workers' compensation obligations through self-insurance or loss-sensitive first dollar workers' compensation insurance policies, including security held by state self- insurance authorities and carriers to insure the payments of benefits obligated for reimbursement up to self-insured deductible limits (SIR).

- Extensive experience with heavy industry employers including coal and other types of mining, steel mills and foundries, trucking, and other high-risk employer classifications.

- Service as consultant to National Council on Compensation Insurance (NCCI) committees and other rating bureaus charged with rate making for OD coverage.

- Extensive experience as an expert witness in cases involving claim liabilities, claim handling, and the operation of loss-sensitive insurance plans, including cases involving OD liabilities.

- Provision of consulting advice and calculation of present value of future benefit payments, including advice as to interest discount rates applicable to workers' compensation claims, including OD claims.

- Provision of consulting advice with respect to traumatic injury loss development estimates to clients, Milliman and non-Milliman casualty actuaries, and other parties with respect to sources of loss development factors, law changes, changes in case reserving procedures, application of specific excess reinsurance limits, and actuarial methods. Case reserves produced by the LCase software Mr. Briscoe developed have often been used as an alternative actuarial method for tail claim liabilities.

Mr. Briscoe's involvement with traumatic injury liabilities and state and federal black lung liabilities dates back to the fall of 1972, when the original Coal Mine Health and Safety Act was amended to assign liability to individual coal operators.  Soon thereafter, Mr. Briscoe was a participant in the development of actuarial methodologies to value black lung liabilities using a combination of pension and casualty methodologies.  The same methodologies were independently developed by two other actuarial firms and have since been accepted by the accounting profession as the only acceptable recognition methodology for financial statement purposes.

Mr. Briscoe has provided consulting services to working groups tasked with amending workers' compensation statutes in Kentucky, West Virginia, and New York.  In Kentucky in the mid-1980s and again in the mid-1990s, Mr. Briscoe was a member of working groups that produced amendments to the Kentucky workers' compensation statute that were subsequently enacted.  The 1980s amendments were largely focused on the statutory provisions that provided for compensation to coal miners with black lung diseases and the shared funding of such benefits

via the Kentucky Second Injury Fund ("Special Fund").  Mr. Briscoe provided the necessary

background information on the underlying diseases and the financial impact on the Special Fund

of the then-current statutory provisions. He drafted statutory language later enacted to address

the issues.  Mr. Briscoe also provided statutory language creating a commission to fund the

Special Fund debt. To date, that language remains largely unchanged.

In the mid-1990s, Mr. Briscoe was a member of a second Kentucky working group

formed to refine the 1980s black lung provisions and to fundamentally rewrite many key non–

black lung provisions of the state's workers' compensation statute.  Mr. Briscoe provided

information as to how the workers' compensation statutes in other states addressed many of the

issues that were the subjects of those provisions, and provided insight and advice as to how to

fashion the statutory language to achieve interested parties' goals.  Once again, Mr. Briscoe

wrote the language amending the black lung compensation provisions, which was later enacted

essentially unchanged.

In West Virginia, Mr. Briscoe provided extensive consulting services to executive branch

officials in connection with the shutdown of the old exclusive state fund and the funding plan of

the old fund claim runoff, for which he created actuarial models of the old fund runoff.  Mr.

Briscoe provided consulting services with respect to the takeover of the old fund claim

administration and the creation of the new competitive state fund.

In New York, Mr. Briscoe provided consulting services to the New York Division of the

Budget and executive branch officials regarding a lengthy proposed law change.  He created

actuarial models of the future costs of the legislative proposal and extensive models of various

funding alternatives of the Section 15-8 fund's accumulated debt.

5

In the activities in all three states, Mr. Briscoe interacted directly with the governors and other senior executive branch officials in place at the time.

In addition to his general workers' compensation experience, Mr. Briscoe performed, in the normal course, valuations of Patriot Coal Company's ("Patriot") state and federal black lung liabilities as of December 31, 2013 and December 31, 2014.  Mr. Briscoe had been performing annual valuations of Patriot's black lung liabilities for financial statement purposes since Patriot was spun off by Peabody Coal and had performed annual valuations of Peabody Coal back to the early 1970s, including the mining operations that were eventually spun off and became Patriot. Patriot is no longer a Milliman client by virtue of Patriot's bankruptcy.  Peabody Coal is no longer a Milliman client. Mr. Briscoe is not aware of any conflicts of interest preventing him from undertaking the task at hand.

Over the course of Mr. Briscoe's consulting activities for both coal companies and other self-insured clients, Mr. Briscoe has participated in frequent meetings with senior company officials at which his advice is sought with respect to security requirements including how to reduce the burden of those requirements and how to monetize obvious workers' compensation surpluses, either on a current or future basis.  Since the late 1990s, when letters of credit became the more common method of securing workers' compensation liabilities, such conversations regarding collateral/security have become the norm.  Mr. Briscoe is often tasked with providing actuarial models to support ongoing efforts to reduce collateral requirements, to explore alternate funding models, and to pursue monetization strategies to the extent that there is excess collateral.

Attached as Exhibit 1 is a copy of Mr. Briscoe's current CV.

Attached as Exhibit 2 is a list of all publications that Mr. Briscoe has authored in the previous ten (10) years.

Attached as Exhibit 3 is a list of all cases in which Mr. Briscoe has testified as an expert (at trial or by deposition) in the previous four (4) years.

In performing his work, Mr. Briscoe relied on the consulting input of actuaries Steven P. Lattanzio and Mr. Briscoe's Milliman partner, Chris Tait.  Messrs. Lattanzio and Tait have decades of experience in the workers' compensation industry.  Messrs. Lattanzio and Tait are both fellows of the Casualty Actuarial Society and have the credentials to review and opine upon the actuarial analyses contained in the Oliver Wyman reports.  The resumes of Messrs. Lattanzio and Tait are attached as Exhibits 4 and 5, respectively.

Dated:  June 4, 2018
Richmond, Virginia

Respectfully submitted,

By: */s/ John H. Maddock III*

Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
         jmaddock@mcguirewoods.com

C. William Phillips (admitted *pro hac vice*)
Jonathan M. Sperling (admitted *pro hac vice*)
Micaela R. McMurrough (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
         jsperling@cov.com
         mmcmurrough@cov.com

*Counsel to Black Diamond Commercial
Finance, LLC*

# Exhibit 1

Page 1
R. K. Briscoe

PO  Box 25251
Christiansted, VI  00824-1251                                    (570) 234 7429

# ROBERT K. BRISCOE

## Employment Information

6/2001 – Present          **Equity Principal**[1]
                          MILLIMAN USA, INC.
                          New York, New York

9/97 - 2001               **Principal**
                          MILLIMAN USA, INC.
                          New York, New York

9/88 - 8/97               **Senior Consultant**
                          MILLIMAN AND ROBERTSON, INC.
                          New York, New York

1983 - 9/88               **President**

                          ACTUARIAL RISK SERVICES, INC.[2]
                          Lincolnshire, Illinois

1976 - 1983               **Vice President**
                          J. HUELL BRISCOE & ASSOCIATES, INC.
                          Chicago, Illinois

1970 - 1976               **Actuarial Assistant**
                          J. HUELL BRISCOE & ASSOCIATES, INC.
                          Chicago, Illinois

## Business Experience

### EDP Systems

System analysis, design, and EDP management experience, including the system design and supervision of programming of major insurance and risk management EDP systems for the following:

- Life insurance reserve valuation systems
- Medical insurance policy issue/claim experience reporting system
- Credit insurance reserve and loss ratio reporting system
- Database systems for workers compensation occupational disease claims
- Life annuity workers compensation reserve systems for workers compensation claims for case reserving and claim handling
- Pension valuation systems
- Claim projection systems for long-term, long-latency claims based on current population censuses and applications of actuarial assumptions
- Database/valuation systems for workers compensation claims

### Life Insurance

Activities during the early 1970s included supervisory and consulting responsibilities for life insurance reserve valuations; plan design and preparation of actuarial memoranda for submission to state regulatory officials; preparation of convention form annual statements; preparation of federal income tax returns for life insurance companies; preparation of life financial statements, both statutory and GAAP. Life insurance activities encompassed more than fifty small to medium-sized companies.

### Medical Insurance

Consulting experience with respect to policy design, premium rating, claims administration and design of EDP record keeping system for major writer of group health insurance during the mid-1970s. Annual premium volume of the program exceeded $40 million.

### Casualty Insurance

Work experience from 1974 to present has centered on consulting activities with respect to the workers compensation claim liabilities, including the liabilities emerging from occupational lung disease claims against the U. S. coal industry.

### Casualty Insurance Rating

Page 3
R. K. Briscoe

Preparation of workers compensation premium rate filings for black lung coverages for the Coal Mine Compensation Rating Bureau of Pennsylvania; service on National Council On Compensation Insurance rating committees for black lung rates in Kentucky, Virginia, Illinois and other states; consulting activities with respect to black lung premium rating for West Virginia State Fund; testimony as expert witness before state insurance authorities with respect to workers compensation rates.

## Workers Compensation Self-Insurance

Consultant to self-insured coal operators with respect to black lung liability costs and liability recognition.  Clients include approximately one-third of the U. S. coal industry, including the largest U. S. producer and several of the historical top ten coal producers of the 1970s. Consulting activities include the development of current industry-wide cost and disclosure methods for black lung liabilities.

## Workers Compensation Claims Consulting / Reviews

Participant in the claims audit committees of the National Council on Compensation Insurance in the 1970s and early 1980s; active consultant in the management and defense tactics used to defer large/long-term workers compensation claims in various jurisdictions; designed and executed closed claim studies of workers compensation claims; participant in claim audits of insured and self insured programs; participated as expert in litigation preparation in state and federal litigation regarding claim handling practices and case reserving, Principal in charge of large scale claim reviews of large scale claim holders such as assigned risk pools, second injury funds and excess insurance carriers.

## Government Agencies

Consultant to the U. S. Department of Labor regarding black lung cost calculations and emerging claim projections; consultant to the West Virginia CWP Fund regarding Fund liability and premium rates; consultant to Finance Committee of the Kentucky Reinsurance Association; testimony as expert witness before U. S. House of Representatives Ways and Means Committee regarding black lung legislation. Representation of Kentucky Workers Compensation Funding Commission before Kentucky legislative committees.

## Workers Compensation Experience

1969 - 1971    Analysis of NCCI rate filing in Louisiana for Louisiana Insurance
Rating Commission regulatory approval.

Page 4
R. K. Briscoe

1972 - 1978    Preparation of rate filings for workers compensation occupational diseases for Coal Mine Compensation Rating Bureau of Pennsylvania.

1973 - 1988    Participation in the underwriting, rating, and case reserving of major workers compensation retrospective rating plans for Old Republic Insurance Company.

1973 - Present Preparation of projections of ultimate liability for self-insured employers for traumatic workers compensation and occupational lung disease claims.

1980 - 1981    Participant in legislative activities culminating in 1981 amendments to Federal Black Lung Act.

1974 - 1985    Consultant to or representative on NCCI committees, subcommittees, and task forces pertaining to policy language, premium rating, coverage issues, and reserving of occupational lung disease exposures.

1985 - 1987    Consultant to the Kentucky Reinsurance Association, the Kentucky Legislative Research Commission and Governor's Task Force on Workers Compensation regarding 1987 Special Session to amend the Kentucky workers compensation law.

1989    Review of workers compensation loss experience for dispute with respect to the allocation of costs between seller and purchaser of major self-insured block of workers compensation claims.

1990 - 1991    Claim review of Texas Residual Market Pool claims.

1990    Review of loss reserves for the Louisiana Workers Compensation Second Injury Fund.

1990 - 1993    Designed and programmed commercial workers compensation computer software for use in creation of comprehensive workers compensation claim database.

1991    Preparation of report on the economic impact of proposed regulation changes for Coal Mine Health & Safety Act Occupational Lung Disease claims. Testimony at Department of Labor hearing.

1991 - 1994    Assisted in preparation of Kentucky assigned risk workers compensation premium rate filing for coal classifications.

1991 - Present Analysis of disputed retrospectively rated workers compensation insurance programs (10 as of December, 1996) for policyholders, including evaluation of case reserves and recasting of case reserves; evaluation of claims handling; recalculation of retro premiums based on alternative case reserve ranges; calculation of damages; preparation of expert reports; assistance to counsel regarding discovery requests and depositions of experts.

1992 - 1994    Analysis and cost projection of bills amending the Federal Black Lung Act.

1995 - 1996    Preparation of actuarial valuation of Kentucky Special Fund. Testimony before Labor & Industry Committee. Assistance in formulation of statutory changes enacted to Kentucky Workers Compensation Act.

1996    Preparation of valuation of Kentucky Special Fund and funding model used in law change effective December, 1996.

1996    Participant in working group drafting 1996 Kentucky Law Change.

1997 / 1999    Preparation of economic analysis of proposed federal black lung regulations for National Mining Association; testimony for U.S. Department of Labor.

1998 /1999    Claim review and valuation of Texas Residual Market Pool for Swiss Reinsurance Co.

Claim review and valuation of Maine Residual Market Pool.

Preparation of actuarial valuation of projected future asbestos tort losses for major acquisition of chemical manufacturing facilities in North and South Carolina.

1999    Claim review and valuation of Nevada State fund.

Claim review and valuation of New Jersey Residual Market Automobile Pool.

2000    Testimony before Kentucky Senate Labor Committee re Financial Effect of Proposed Law Changes.

2001 / 2002    Valuation of the Liabilities of the New York 2nd Injury and Reopened Claim Funds.

2004 / 2006    Consultant to the Financial Advisor to the West Virginia's Governors office re the Privatization of the West Virginia Workers Compensation System including extensive work to begin industry standard case reserving system, implementation of plans to move claims handling activities to private sector and monitoring funding of Old Fund Liabilities.

2007 – 2009  Consultant to the New York Office of the Budget and the New York Insurance Department including calculation of industry standard case reserves for Permanent Partial Disability Benefits state-wide using standardized methodologies as a base to compare against proposed law changes. Valuation of open 2nd injury fund claims (56,000 claims). Valuation of expected effects or 2007 NY WC Reform Legislation including presentations to legislative committees and other groups.

2007    Co Author of article published in Risk And Insurance -"Breaking the Gridlock in New York"

2008    Unpublished article distributed to clients re medical escalation rates applicable to workers compensation claims for differing types of medical costs.

2008    Expert witness for an accounting firm accused of failing to note deficient case reserves in time to prevent or mitigate insolvency of workers compensation insurer. Jury verdict favorable to client obtained.

2008 – Present            Work within Milliman and for a client re predictive modeling for workers compensation claims.

2009 -  Co Author of article published in Risk And Insurance - All you Need to Know about Medicare Set- Asides (R&I tile) Actual title "The impact of new Medicare legislation on liability claim settlements".

2011    Recipient - AMCOMP Legends award for Recipients who exemplify the highest standard of practice, commitment and achievement in the field of workers compensation.

2012 Author - Best Practices case reserves for U.S. workers compensation.

2012    Panel Member - Predictive Modeling For Workers Compensation - AMCOMP Fall Meeting NY

2013    Evaluation of case reserves and expert witness on liabilities and future assessment plan for major group self insurance fund in receivership/

2014 – Present        Expert Witness for California Self Insurance Security Fund – multiple estates

2015 – Present        Valuation of OD liabilities for multiple state funds

2016    Evaluation of WC claim settlement opportunities for major NY agency

2017    Valuation of large block of legacy WC claims for reinsurance commutation


### Professional Activities - Bibliography Of Papers Written

1980    "Cost Effect Of The 1978 Amendments To The Federal Coal Mine Health And Safety Act" presented before the National Council on Compensation Insurance Seminar on Occupational Disease Liabilities.

July, 1981    Statement before the Oversight Subcommittee Of The House Committee On Ways And Means on the Federal Black Lung Disability Trust Fund.

1981    "Accounting For Occupational Disease Liabilities" presented before the National Coal Association Accounting Committee Annual Seminar.

1982    "1981 Amendments To Federal Coal Mine Health And Safety Act" presented before the National Coal Association Accounting Committee Annual Seminar.

February, 1985    "The Erosion Of Payout Limitations In Permanent Total Workers Compensation Claims" presented before mid-year meeting of the Workers Compensation and Employers Liability Committee, American Bar Association Tort and Insurance Practices Section.

Page 8
R. K. Briscoe

August, 1985  "Calculation of Loss Reserves for Self-Insurers" presented before National Council Of Self-Insurers.

October, 1985 "Liability Of The Kentucky Special Fund" presented before the Kentucky Legislative Research Commission Seminar on Workers' Compensation Issues.

April - Oct. 1986  "The Interface Of Statutory Provisions Administrative Practices, And The Cost Of Workers Compensation Benefits" presented before the American Bar Association National Institute, Workers' Compensation and Employer Liability Committee, Tort and Insurance Practices Section.

1987  "1987 Amendments To Kentucky Workers' Compensation Act" presented before the National Coal Association Accounting Committee Annual Seminar.

May, 1987  "Kentucky Workers' Compensation Crisis: Progress Toward Resolution" published in the Kentucky Journal of Commerce and Industry, Volume 28, No. 10.

December, 1987  "H.B.1 - Kentucky Workers' Compensation Reform - 1987 Special Session".

August, 1988 "The Politics of Workers' Compensation" presented before the Workers' Compensation and Employers Liability Committee of the Tort and Insurance Practices Section of the American Bar Association, Toronto, Canada.

April, 1989  "Coal Industry Workers' Compensation Costs" presented before the Coal Auditing Conference.

June, 1990  "Sources Of Disability in Workers' Compensation Claims", June 1990 meeting of Southern Association of Workers' Compensation Administrations.

1990  Casualty Loss Reserve Seminar - "Active Lives Reserving of Workers' Compensation Liabilities".

June, 1991  "Workers Compensation Insurance Arrangements In West Virginia", co-authored with Robert Finger, Vol. 4, Number 3,

<u>John Burton's Workers Compensation Monitor</u>, May/June, 1991.

1991 - 1992    Contribution of chapter on self-insurance to "Workers Compensation Health Care Cost Containment", LRP Publications, Dept. 450, Suite 500, 740 Drescher Road, Horsham, PA - Editors Judith Greenwood and Alfred Tarrico.

June, 1993    Utility Coal Auditing Conference, Nashville, TN. "Workers Compensation and The Coal Industry - 1993 Overview".

June, 1994    Pennsylvania Self Insurers Association, State College, PA. "Reserving for Self Insureds".

September, 1994    National Coal Association Financial & Accounting Executives Conference, New Orleans, LA. "Federal Black Lung Program".

1996 - 1998    Participant in ABA Subcommittee on Torts and Insurance Practices Task Force on Second Injury Funds.

1997 - 1999    Author Review of the Economic effects of US Department of Labor proposed regulations for the Federal Black Lung program.

1998    Interview published with National Underwriter - "Role of Back Injuries and Overall Workers Compensation Issues."

1999    Speaker Casualty Actuarial Society - Loss Portfolio transfers of 2nd injury funds and state workers compensation funds.

## Education

Culver Military Academy, 1960 - 1964

Ripon College, 1964 - 1968; Bachelor of Arts Degree with a major in Biological Science

U. S. Army Medical Service Corps, 1968 - 1970; First Lieutenant

# Exhibit 2

## List of Publications Authored in Previous Ten Years
### (April 2008 - April 2018)

Bob Briscoe, Christine Fleming, & Steve Taylor, *The Impact of New Medicare Legislation on Liability Claims Settlements*, P&C Perspectives (Apr. 2009).[1]

Robert Briscoe, *Best Practices Case Reserves for U.S. Workers' Compensation*, P&C Perspectives (Jul. 2012).

Robert K. Briscoe, *Consideration in Medical Case Reserving for U.S. Workers Compensation Pain Claims* (2013).

Robert Briscoe, *Best Practices Case Reserves for U.S. Long Term Liability Claims*.

---

[1] This article was republished in *Risk & Insurance*, under the title *All You Need to Know about Medicare Set-Asides* (Apr. 2009).

# Exhibit 3

**Prior Deposition and Trial Expert Testimony**
**(April 2014 - April 2018)**

2015   Deposed in *California Self Insurers' Sec. Fund v. Blue Lake Rancheria, et al.*, Case No. 34-2011-00113628 (Cal. Super. Ct.).

# Exhibit 4

## STEVEN P. LATTANZIO, FCAS, MAAA, FCA

**Education**
Bachelor of Science, Operations Research, New York University, 1974
Bachelor of Arts, Physics, Adelphi University, 1973

**Professional Affiliations**

Fellow, Casualty Actuarial Society (FCAS)
Member, American Academy of Actuaries (MAAA)
Fellow, Conference of Consulting Actuaries (FCA)

**Years of Experience:** 40 years

**Employment History**

President and Consulting Actuary
Actuarial Solutions, Bohemia, New York
1990 to Present

Consulting Actuary and Manager
Presley & Associates; Patchogue, NY
1988 to 1990

Senior Vice President and Actuary
Insurance Technical & Actuarial Consultants (ITAC); West Islip, NY
1983 to 1988

Senior Vice President and Actuary
National Council on Compensation Insurance (NCCI); New York, NY
1978 to 1983

**Experience**

Steve's experience includes reviews of reserve adequacy, the projection of ultimate loss and loss liability, formal Statements of Actuarial Opinion, the projection of funding levels, ratemaking, captive feasibility studies, financial examinations, the development of class rates, the production of rate filings and technical items related to workers compensation, projects relating to individual risk rating plans (this includes projects involving both experience rating plan and the retrospective rating plans).

In addition, Steve has been recognized by regulators in each state in which he has applied to be a loss reserve specialist. Steve has provided expert testimony on numerous occasions including bench and jury trials, hearings, arbitrations and mediations.

# Exhibit 5



1550 Liberty Ridge Drive
Suite 200
Wayne, PA  19087-5572
USA

Tel  +1 610 687-5644
Fax +1 610 687-4236

milliman.com

## Christopher Tait, FCAS, MAAA

## Employment Information

| 6/2005 – Present | Equity Principal<br>Milliman, Inc.<br>Wayne, PA |
| --- | --- |
| 9/2000 – 6/2005 | Principal<br>Milliman & Robertson, Inc. / Milliman USA, Inc.<br>Wayne, PA |
| 11/1998 – 9/2000 | Consulting Actuary<br>Milliman & Robertson, Inc.<br>Wayne, PA |
| 11/1992 – 11/1998 | Associate Actuary<br>Milliman & Robertson, Inc.<br>Wayne, PA |
| 10/1986 – 11/1992 | Actuarial Analyst<br>Milliman & Robertson, Inc.<br>Wayne, PA |

## Business Experience

### *Loss Reserving*

Chris has more than 30 years of experience performing reserve analyses and developing other financial projections related to property and casualty insurance and reinsurance exposures. He estimates reserves and funding levels for insurance companies, risk retention groups, self-insurance programs and captive companies for workers' compensation, medical professional liability, and most major liability coverages.

### *Financial Reporting*

Chris has assisted numerous clients with financial reporting issues and the development of pro forma financial statements, as well as pricing and rating projects including profitability analyses of core products and the development of new products. Beyond standard financial reporting and pricing projects, he has also conducted captive formation feasibility studies, assisted clients in

preparing for meetings with rating agencies, assisted companies in preparations for insurance department reviews, and participated in multidiscipline due diligence reviews.

### Regulatory Support

Chris has assisted the Pennsylvania and New Hampshire Insurance Departments with financial examinations of insurers and reinsurers. These examinations involved the estimation of loss and loss expense reserves, financial modeling, and the review of company reserving procedures and practices.

### Workers' Compensation Experience

Chris has more than 30 years of experience estimating unpaid losses and loss adjustment expenses for Workers' Compensation exposures.  Example of his experience include:

- Project Manager for the work that Milliman performs for the State Workers' Insurance Fund (SWIF) in Pennsylvania.  The services provided to SWIF include:  estimating reserve levels and issuing a Statement of Actuarial Opinion, projecting asset and liability cash flow streams, and opining on SWIF's safety distributable surplus, if any.

- Project Manager for the work that Milliman performed for Pennsylvania's Workers' Compensation Security Fund.

- Project Manager for Milliman's reviews of the 2014 and 2015 DCRB Workers' Compensation Residual Market Rate and Voluntary Market Loss Cost Revisions on behalf of the State of Delaware, Department of Insurance.

### Expert Witness Experience

Chris has testified as an expert witness in both jury trials and arbitrations.  Below is a summary of his expert witness experience:

- 2005 Automobile Insurance Benchmarks (2004 Regulatory Hearing in St. John's, Newfoundland)

- MOJ v. Aspen (2006 Arbitration in New York, NY)

- Brevard v. Emcare, et al. (2007 Jury Trial in Orlando, FL)

- IN THE MATTER OF: Delaware Compensation Rating Bureau – Docket No. 2916-2015 (2015 Written Testimony pertaining to DCRB Filing No. 1502)

- Pennsylvania Professional Liability Joint Underwriting Association v. Tom Wolf, in his official Capacity as Governor of the Commonwealth of Pennsylvania (2018 US District Court for the Middle District of PA trial)

## Presentations and Publications

- Frequent speaker at local and national seminars on loss reserving and ratemaking topics.

- Wrote an article for the January/February 2010 issue of *Contingencies* titled "In Search of Consistency in Determining RMAD".

- Co-authored an article for the April 2013 issue of *Carrier Management* titled "Five Myths About Predictive Analytics You Can't Afford to Believe".

## Affiliations

- Chairperson of the Casualty Actuarial Society's International CE/CPD Review Committee and former Chairperson of the Professional Education Policy Committee.

- Member of the Casualty Actuarial Society's Employer Advisory Council.

- Past president of Casualty Actuaries of the Mid-Atlantic Region (CAMAR) and a former member of its board of directors.

- Former member of the Casualty Actuarial Society's Examination and Student Liaison Committees.

## Education and Professional Designations

- BBA, Actuarial Science, Temple University (1987)

- Member, American Academy of Actuaries (1992)

- Fellow, Casualty Actuarial Society (1998)

<u>Certificate of Service</u>

I hereby certify that on June 4, 2018, I personally served a copy of the foregoing *Qualifications of Robert K. Briscoe Pursuant to Local Rule 9017-1(B)* on William M. Sullivan, Jr., counsel to Defendants and Counterclaim-Plaintiffs Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels LLC, in Richmond, Virginia. I further certify that I provided the Court with a copy of the foregoing *Qualifications of Robert K. Briscoe Pursuant to Local Rule 9017-1(B)* on June 4, 2018.

*/s/ John H. Maddock III*_____
John H. Maddock III