Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
       jmaddock@mcguirewoods.com

- and -

C. William Phillips (admitted *pro hac vice*)
Jonathan M. Sperling (admitted *pro hac vice*)
Micaela R. McMurrough (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: cphillips@cov.com
       jsperling@cov.com
       mmcmurrough@cov.com

*Counsel to Black Diamond Commercial Finance, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>PATRIOT COAL CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32450 (KLP)<br><br>Jointly Administered<br><br>Adv. Proc. No. 16-03105 (KLP) |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, | |

|  |
|---|
| Defendants. |
| VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC, |
| Counterclaim-Plaintiffs, |
| v. |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC, |
| Counterclaim-Defendant. |

**NOTICE OF INTENT TO REQUEST REDACTION**

Plaintiff Black Diamond Commercial Finance, LLC ("Black Diamond") hereby gives notice of its intent to file a Request for Redaction for the transcript filed on June 12, 2018. Black Diamond will file its Request for Redaction by July 3, 2018.

[*remainder of page intentionally blank*]

| | |
|---|---|
| Dated: June 20, 2018<br>Richmond, Virginia | Respectfully submitted,<br><br>By: */s/ John H. Maddock III*<br><br>Dion W. Hayes (VSB No. 34304)<br>John H. Maddock III (VSB No. 41044)<br>McGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-1178<br>Facsimile: (804) 698-2186<br>Email: dhayes@mcguirewoods.com<br>         jmaddock@mcguirewoods.com<br><br>C. William Phillips (admitted *pro hac vice*)<br>Jonathan M. Sperling (admitted *pro hac vice*)<br>Micaela R. McMurrough (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>Telephone: (212) 841-1000<br>Facsimile: (212) 841-1010<br>Email: cphillips@cov.com<br>         jsperling@cov.com<br>         mmcmurrough@cov.com<br><br>*Counsel to Black Diamond Commercial Finance, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, I caused the foregoing *Notice of Intent to Request Redaction* to be filed with and uploaded to this Court's CM/ECF system, which will send filing to all CM/ECF participants, and on the following parties by email:

William M. Sullivan, Jr. (wsullivan@pillsburylaw.com)
Joshua I. Schlenger (joshua.schlenger@pillsburylaw.com)
Samuel S. Cavior (samuel.cavior@pillsburylaw.com)
Andrew M. Troop (andrew.troop@pillsburylaw.com)
Patrick J. Potter (patrick.potter@pillsburylaw.com)

*/s/ John H. Maddock III*_____
John H. Maddock III