Patrick J. Potter (VSB No. 39766)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856
Telephone:  (703) 770-7900
Facsimile:  (703) 770-7901
E-mail:  patrick.potter@pillsburylaw.com

- and -

Andrew M. Troop (admitted *pro hac vice*)
Samuel S. Cavior (admitted *pro hac vice*)
Joshua I. Schlenger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500
E-mail:  andrew.troop@pillsburylaw.com

William M. Sullivan, Jr. (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone:  (202) 663-8027
Facsimile:  (202) 663-8007
E-mail:  wsullivan@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>PATRIOT COAL CORPORATION, *et al.*,<br><br>   *Debtors*. | Chapter 11<br><br>Case No. 15-32450 (KLP)<br><br>Jointly Administered |
| BLACK DIAMOND COMMERCIAL FINANCE, LLC,<br><br>   *Plaintiff*,<br><br>   -against-<br><br>VIRGINIA CONSERVATION LEGACY FUND, INC. and ERP COMPLIANT FUELS, LLC,<br><br>   *Defendants*. | Adv. Proc. No. 16-03105 (KLP) |

VIRGINIA CONSERVATION LEGACY FUND, INC.
and ERP COMPLIANT FUELS, LLC,

*Counterclaim-Plaintiffs*,

-against-

BLACK DIAMOND COMMERCIAL FINANCE, LLC,

*Counterclaim-Defendant*.

## PRAECIPE REGARDING [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that the accompanying [Proposed] Findings of Fact and Conclusions of Law is being filed per the Honorable Judge Keith L. Phillip's request and should be transmitted to Judge Phillips.

Respectfully submitted,

Dated: July 27, 2018        */s/ Patrick J. Potter*
McLean, Virginia            Patrick J. Potter (VSB No. 39766)
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                            1650 Tysons Boulevard, Suite 1400
                            McLean, Virginia 22102-4856
                            Telephone: (703) 770-7900
                            Facsimile: (703) 770-7901
                            E-mail: patrick.potter@pillsburylaw.com

                            William M. Sullivan, Jr. (admitted *pro hac vice*)
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                            1200 Seventeenth Street, NW
                            Washington, DC 20036-3006
                            Telephone: (202) 663-8027
                            Facsimile: (202) 663-8007
                            E-mail: wsullivan@pillsburylaw.com

                            Andrew M. Troop (admitted *pro hac vice*)
                            Samuel S. Cavior (admitted *pro hac vice*)
                            Joshua I. Schlenger (admitted *pro hac vice*)

2

                PILLSBURY WINTHROP SHAW PITTMAN LLP
                1540 Broadway
                New York, New York 10036-4039
                Telephone:  (212) 858-1000
                Facsimile:  (212) 858-1500
                E-mail:  andrew.troop@pillsburylaw.com
                *Counsel to Virginia Conservation Legacy Fund,*
                *Inc. and ERP Compliant Fuels, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2018, I filed the foregoing *Praecipe Regarding [Proposed] Findings of Fact and Conclusions of Law* and the accompanying *[Proposed] Findings of Fact and Conclusions of Law* by uploading them to this Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants, and that courtesy copies of both will be served upon opposing counsel of record in this adversary proceeding by e-mail.

                                                */s/ Patrick J. Potter*
                                                 Patrick J. Potter