# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Patriot Coal Corp., *et al.*,<br>　　　　Debtors. | Case No. 15-32450-KLP<br>Chapter 11<br>Jointly Administered |
| Black Diamond Commercial Finance, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>Virginia Conservation Legacy Fund, Inc., and ERP Compliant Fuels, Inc.,<br>　　　　Defendants. | Adv. Proc. No. 16-03105-KLP |
| Virginia Conservation Legacy Fund, Inc., and ERP Compliant Fuels, Inc.,<br>　　　　Counter-Claimants,<br><br>v.<br><br>Black Diamond Commercial Finance, LLC,<br>　　　　Counter-Defendant. | |

## **ORDER**

In accordance with the Memorandum Opinion entered this date, it is hereby

ORDERED that the Complaint filed by Black Diamond Commercial Finance, LLC, is DISMISSED, and it is further

ORDERED that the Counterclaim filed by Virginia Conservation Legacy Fund, Inc., and ERP Compliant Fuels, Inc., is DISMISSED.

Date: September 28, 2018          /s/ Keith L. Phillips
                                  United States Bankruptcy Judge

Entered on Docket: September 28, 2018

Copies:

Dianne F. Coffino
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405

David W. Haller
Covington & Burling LLP
620 8th Avenue
New York, NY 10018

Dion W. Hayes
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219

John H. Maddock III
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

Micaela R.H. McMurrough
Covington & Burling LLP
620 8th Avenue
New York, NY 10018

C. William Phillips
Covington & Burling LLP
620 8th Avenue
New York, NY 10018

David Zorian Pinsky
Covington & Burling LLP
620 8th Avenue
New York, NY 10018

Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036

Joshua I. Schlenger
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Jonathan M. Sperling
Covington & Burling LLP
620 8th Avenue
New York, NY 10018

William M. Sullivan, Jr.
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, DC 20037

William Michael Sullivan
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036

Andrew M. Troop
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036