# United States Bankruptcy Court
## Eastern District of Virginia
### Richmond Division

In re:   Patriot Coal Corporation

Case No. 15-32450-KLP

Adv. Proceeding No. 16-03105-KLP

Debtor(s)

## TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on 10/12/2018.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

**APPELLANT(S):** Black Diamond Commercial Finance, LLC

**ATTORNEY:** See Attachment

**APPELLEE(S):** Virginia Conservation Legacy Fund, Inc.
ERP Compliant Fuels, LLC

**ATTORNEY:** See Attachment

Brief Description of Judgment/Order Appealed: Order Dismissing Complaint, Dismissing Counterclaim and Order Denying (I) Defendants' Motion for Partial Summary Judgment and (II) Plaintiff's Motion for Partial Summary Judgment

Date Judgment/Order Entered: 9/28/18 and 2/15/18

1. Filing Fees:   A. Notice of Appeal – Filing Fee $5.00   (✓) Paid   ( ) Not Paid
                  B. Appeal Docket Fee - $293.00          ( ) Paid   ( ) Not Paid   ( ) Deferred. See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

WILLIAM C. REDDEN, Clerk of Court
By /s/ C. Baumgartner, Deputy Clerk

Date transmitted: October 15, 2018

Telephone No. 804-916-2413

U.S. DISTRICT COURT CASE NUMBER: _____
DATE: _____   BY: _____

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 12/14]

Attachment

1. **APPELLANT**

    **Black Diamond Commercial Finance, LLC**
    *Plaintiff and Counterclaim-Defendant*

    Represented by:   Dion W. Hayes (VSB No. 34304)
    John H. Maddock III (VSB No. 41044)
    McGUIREWOODS LLP
    Gateway Plaza
    800 East Canal Street
    Richmond, Virginia 23219
    Telephone: (804) 775-1178
    Facsimile: (804) 698-2186
    Email: dhayes@mcguirewoods.com
    jmaddock@mcguirewoods.com

    C. William Phillips (admitted *pro hac vice*)
    Jonathan M. Sperling (admitted *pro hac vice*)
    David W. Haller (admitted *pro hac vice*)
    Micaela McMurrough (admitted *pro hac vice*)
    COVINGTON & BURLING LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018-1405
    Telephone: (212) 841-1000
    Facsimile: (212) 841-1010
    Email: cphillips@cov.com
    jsperling@cov.com
    dhaller@cov.com
    mmcmurrough@cov.com

    *Counsel to Black Diamond Commercial Finance, LLC*

2. **APPELLEES**

    **Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC**
    *Defendants and Counterclaim-Plaintiffs*

    Represented by:   Patrick J. Potter (VSB No. 39766)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    1650 Tysons Boulevard, Suite 1400
    McLean, Virginia 22102-4856
    Telephone: (703) 770-7900
    Facsimile: (703) 770-7901
    Email: patrick.potter@pillsburylaw.com

    William M. Sullivan, Jr. (admitted *pro hac vice*)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    1200 Seventeenth Street, NW
    Washington, DC 20036-3006

1

Attachment

>
> Telephone: (202) 664-8027
> Facsimile: (202) 663-8007
> Email: wsullivan@pillsburylaw.com
>
> Andrew M. Troop (admitted *pro hac vice*) Samuel
> S. Cavior (admitted *pro hac vice*) Joshua I.
> Schlenger (admitted *pro hac vice*) PILLSBURY
> WINTHROP SHAW PITTMAN
> 1540 Broadway
> New York, New York 10036-4039
> Telephone: (212) 858-1000
> Facsimile: (212) 858-1500
> Email: andrew.troop@pillsburylaw.com
>       samuel.cavior@pillsburylaw.com
>       joshua.schlenger@pillsburylaw.com
>
> *Counsel to Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC*